AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Wilus Institute of Standards and Technology Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00069 |
| HP Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.

Date: 1/23/2025

/s/ Reza Mirzaie
*Attorney's signature*

Reza Mirzaie, CA SBN 246953
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90024
*Address*

rmirzaie@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

*FAX number*

Print   Save As...   Reset