| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:* 310-826-7474<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4956-002G | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| *Plaintiff:* Wilus Institute of Standards and Technology Inc.<br>*Defendant:* HP Inc | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-00069 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint

3. a. Party served: HP Inc.
   b. Person served: George Martinez, Authorized to Accept Service for CT Corporation System, Agent for Service of Process *served under F.R.C.P. Rule 4.*

4. Address where the party was served: 1999 Bryan Street Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 28 2025 (2) at: 01:00 PM

6. **Person Who Served Papers:**
   a. Kim Shaw
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



01/28/2025
(Date)                                     (Signature)



PROOF OF SERVICE

12593177
(17082831)