IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC. <br><br> *Defendant.* | Civil Case No. 2:25-cv-00069-JRG <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin C. Elacqua of the law firm of Fish & Richardson P.C., 909 Fannin Street, Suite 2100, Houston, TX 77010, will appear as counsel for Defendant, HP Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

Date: February 18, 2025

Respectfully submitted,

By: /s/ *Benjamin C. Elacqua*
Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

**COUNSEL FOR DEFENDANT
HP INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 18, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua
