# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC. <br><br> *Defendant.* | Civil Case No. 2:25-cv-00069-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lawrence Jarvis of the law firm of Fish & Richardson P.C., 1180 Peachtree St. NE, Fl. 21, will appear as counsel for Defendant, HP Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

Date: February 18, 2025

Respectfully submitted,

By: */s/ Lawrence R. Jarvis*
Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

**COUNSEL FOR DEFENDANT HP INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 18, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Lawrence R. Jarvis
Lawrence R. Jarvis