IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:25-cv-00069-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT HP INC.'S DEMAND FOR JURY TRIAL**
**IN CIVIL CASE NO. 2:25-CV-00069-JRG**

Defendant HP Inc. hereby demands a trial by jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Date: February 18, 2025

Respectfully submitted,

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
**Fish & Richardson P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**Fish & Richardson P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

>Melissa R. Smith
>Texas Bar No. 24001351
>**Gillam & Smith, LLP**
>303 South Washington Avenue Marshall, Texas 75670
>Telephone: (903) 934-8450
>Facsimile: (903) 934-9257
>Email: melissa@gillamsmithlaw.com
>
>*Attorneys for Defendant HP Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on February 18, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

>*/s/ Benjamin C. Elacqua*
>Benjamin C. Elacqua