# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:25-cv-00069-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIMS AND WAIVER OF SERVICE

Plaintiff, Wilus Institute of Standards and Technology Inc. ("Plaintiff"), files the Unopposed Motion for Extension of Time to Answer Counterclaims and Waiver of Service and shows the Court as follows:

Defendant HP Inc. filed its Answer and Counterclaims on February 18, 2025 against Plaintiff and Sisvel International S.A. The deadline for Plaintiff to answer HP Inc.'s counterclaims is March 11, 2025. Plaintiff has requested, and HP Inc. is unopposed to, an extension of this deadline up to and including May 6, 2025. Additionally, Plaintiff has agreed to waive service of Sisvel International S.A. in exchange for an extended deadline for Sisvel International S.A. to answer the counterclaims up to and including May 6, 2025.

Wherefore, Plaintiff respectfully requests this Court enter an order extended the deadline for Plaintiff and Sisvel International S.A. to answer HP Inc.'s counterclaims up to and including May 6, 2025 and waiving service of Sisvel International S.A.

Dated: March 11, 2025

Respectfully submitted,

*/s/ Marc A. Fenster*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com

1

Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 11th day of March, 2025.

*/s/ Marc A. Fenster*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendant and the relief requested in this motion is unopposed.

*/s/ Marc A. Fenster*