**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:25-cv-00069-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIMS AND WAIVER OF SERVICE**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Answer Counterclaims and Waiver of Service. Having considered the motion, and noting that it is unopposed, the Court GRANTS the motion and ORDERS that the deadline for Plaintiff Wilus Institute of Standards and Technology Inc. and Sisvel International S.A. to answer HP Inc.'s counterclaims is extended up to and including May 6, 2025. It is further ordered that service on Sisvel International S.A. is hereby WAIVED.