# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>HP INC. <br><br>　　　　　Defendant | Civil Action No. 2:25-cv-00069-JRG-RSP |

## ORDER

Before the Court is Plaintiff Wilus Institute of Standards and Technology Inc.'s Unopposed Motion for Extension of Time to Answer Counterclaims and Waiver of Service. **Dkt. No. 18.** After consideration, and noting its unopposed nature, the Court **GRANTS** the Motion.

It is **ORDERED** that Plaintiff and Sisvel International S.A.'s deadline to answer HP's counterclaims is extended to May 6, 2025.

It is **FURTHER ORDERED** that service on Sisvel International S.A. is hereby **WAIVED.**

SIGNED this 12th day of March, 2025.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE