IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:25-cv-00069-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:25-cv-00070-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Aleksandr Gelberg of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Defendants") and consents to electronic service of all papers in this action.

Aleksandr Gelberg may receive all communication from the Court and from other parties at Fish & Richardson P.C., 12860 El Camino Real, Suite 400, San Diego, CA 92130; Telephone: 858-678-5070; Facsimile: 858-678-5099; Email: gelberg@fr.com.

1

| | |
|---|---|
| Dated: May 5, 2025 | */s/ Aleksandr Gelberg* <br> Aleksandr Gelberg <br> CA Bar No. 279989 <br> gelberg@fr.com <br> FISH & RICHARDSON, P.C. <br> 12860 El Camino Real <br> Suite 400 <br> San Diego, CA 92130 <br> Telephone: 858-678-5070 <br> Facsimile: 858-678-5099 <br><br> *Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 5, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Aleksandr Gelberg*