IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> HP INC. <br><br>        Defendant. | Civil Case No. 2:25-cv-00069-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br>        Defendants. | Civil Case No. 2:25-cv-00070-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that Bryan J. Cannon of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Defendants") and consents to electronic service of all papers in this action.

Bryan J. Cannon may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1000 Maine Avenue, S.W., Suite 1000, Washington, D.C. 20024; Telephone: (202) 783-5070; Facsimile (202) 783-2331; Email: cannon@fr.com.

1

Dated: May 5, 2025                    Respectfully submitted,

                                      */s/ Bryan J. Cannon*
                                      Bryan J. Cannon
                                      DC Bar No. 1723657
                                      cannon@fr.com
                                      FISH & RICHARDSON, P.C.
                                      1000 Maine Avenue, S.W.
                                      Suite 1000
                                      Washington, DC 20024
                                      Telephone: 202-783-5070
                                      Facsimile:  202-783-2331

                                      *Attorneys for Defendants Samsung
                                      Electronics Co., Ltd.; Samsung Electronics
                                      America, Inc.*


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed

electronically in compliance with Local Rule CV-5 on May 5, 2025.  As of this date, all counsel

of record have consented to electronic service and are being served with a copy of this document

through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


                                      */s/ Bryan J. Cannon*