# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:25-cv-00069-JRG <br><br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:25-cv-00070-JRG |

**ORDER GRANTING WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S MOTION TO DISMISS HP'S COUNTERCLAIMS 1-6**

Before the Court is Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology Inc.'s Motion to Dismiss HP Inc.'s Counterclaims 1–6 in the above-captioned Case No. 2:25-cv-00069 and Case No. 2:25-cv-00070. After careful consideration of the Motion and the record in the above-captioned cases, the Motion is **GRANTED**. HP Inc.'s Counterclaims 1–6 in the above-captioned cases are hereby dismissed.