IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | CIVIL ACTION NO. 2:25-CV-00069-JRG-RSP <br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | CIVIL ACTION NO. 2:25-CV-00070-JRG-RSP <br> (MEMBER CASE) |

## ORDER

The Court issues this Order *sua sponte*. The above-entitled and numbered causes of action were previously referred to the Honorable Roy S. Payne for pretrial purposes. The undersigned hereby **VACATES** such referral.

**So ORDERED and SIGNED this 8th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE