IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:25-cv-00069-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:25-cv-00070-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s (collectively, "Samsung") Unopposed Motion for Extension of Time to Respond to Wilus Institute of Standards and Technology Inc.'s ("Wilus") Motion to Dismiss Samsung Amended Counterclaims 1-2. **Dkt. No. 44.** Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

The Court **ORDERS** that the deadline for Samsung to respond to Wilus's Motion to Dismiss Samsung Amended Counterclaims 1-2 is extended up to and including June 10, 2025.

1