# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:25-CV-00069-JRG-RSP (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:25-CV-00070-JRG-RSP (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § § | |

## **ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Respond to Counterclaim Defendant's Motion to Dismiss Amended Counterclaims 1-2 (Dkt. 42) (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). (Dkt. No. 44.) In the Motion, Samsung seeks a seven-day extension of time to respond to Plaintiff Wilus Institute of Standards and Technology Inc.'s ("Wilus") Motion to Dismiss Samsung's Amended Counterclaims 1-2 (the "Motion to Dismiss") (Dkt. No. 42). (Dkt.

No. 44 at 1-2.) The requested extension would move the deadline from June 3, 2025, up to and including June 10, 2025. (*Id.*) The Motion is unopposed. (*Id.* at 2.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Samsung to respond to Wilus's Motion to Dismiss (Dkt. No. 42) is **extended** up to and including June 10, 2025.

**So Ordered this**

**Jun 2, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE