IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:25-cv-00069-JRG-RSP **[Lead Case]** <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:25-cv-00070-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER (DKT. 45)**

Plaintiff, Wilus Institute of Standards and Technology, Inc. ("Wilus") and Defendants HP Inc., Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") (collectively with Wilus, the "Parties") file this Joint Motion to Amend Docket Control Order (Dkt. 45).

The current deadline for the Parties to file their proposed discovery order is June 11, 2025. The Parties have been diligently working to prepare this material and respectfully request a brief extension of time in order to finalize this material. This brief extension will give the Parties

1

adequate time to meet and confer to narrow disputes. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court amend the Docket Control Order to extend the deadline for filing the proposed discovery order one week to June 18, 2025.

Date:  June 11, 2025

Respectfully submitted,

*/s/ Ralph A. Phillips*
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 78766<br>Telephone: 214-747-5070<br>Facsimile:  214-747-2091<br><br>Aleksandr Gelberg<br>CA Bar No. 279989<br>gelberg@fr.com<br>John-Paul Fryckman<br>CA Bar No. 317591<br>fryckman@fr.com<br>FISH & RICHARDSON, P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: 858-678-5070<br>Facsimile:  858-678-5099<br><br>Melissa R. Smith<br>Texas Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: 903-934-8450<br>Facsimile:  903-934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.* |
| Date: June 11, 2025 | Respectfully submitted,<br><br>*/s/ Neil A. Rubin*<br>Reza Mirzaie<br>rmirzaie@raklaw.com<br>CA State Bar No. 246953<br>Marc A. Fenster<br>mfenster@raklaw.com<br>CA State Bar No. 181067<br>Neil A. Rubin<br>nrubin@raklaw.com<br>CA State Bar No. 250761<br>Christian W. Conkle<br>cconkle@raklaw.com<br>CA State Bar No. 306374 |

3

                                                      Jonathan Ma
                                                     jma@raklaw.com
                                                     CA State Bar No. 312773
                                                   RUSS AUGUST & KABAT
                                                   12424 Wilshire Boulevard, 12th Floor
                                                   Los Angeles, CA 90025
                                                   Telephone: 310-826-7474

*Attorneys for Plaintiff Wilus Institute of Standards and Technology*

Date: June 11, 2025                          Respectfully submitted,

*/s/ Lawrence R. Jarvis*
Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of June, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

/s/ Ralph A. Phillips

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

/s/ Ralph A. Phillips