UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | Case No. 2:25-cv-00069-JRG<br>Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:25-cv-00070-JRG<br>Member Case |

**JOINT STIPULATION CONCERNING HP INC.'S AMENDED COUNTERCLAIMS**

Parties Wilus Institute of Standards and Technology Inc. ("Wilus"), Sisvel International S.A. ("Sisvel") and HP Inc. ("HP" and collectively with Wilus and Sisvel the "Stipulating Parties") hereby stipulate and agree as follows. Plaintiff Wilus has brought three lawsuits against Defendant HP before the Eastern District of Texas, alleging infringement of Wilus's patents, Case Nos. 2:24-cv-00752-JRG-RSP, 2:24-cv-00764-JRG-RSP, 2:25-cv-00069-JRG-RSP. In each of these three cases, HP has brought counterclaims against counterclaim defendants Wilus and Sisvel, and in each of these three cases, HP has amended these counterclaims. The amended counterclaims have

1

been filed in lead case 2:24-cv-00752-JRG-RSP as docket entries 104 and 105 and in lead case 2:25-cv-00069-JRG-RSP as docket entry 39.

As relevant to this stipulation, each of these three sets of amended counterclaims includes counterclaims 1–6, 15, and 16 (the "Challenged Counterclaims"). Each of the Challenged Counterclaims recites materially the same facts and presents materially the same legal issues, across each of the three sets of amended counterclaims. Counterclaim defendants Wilus and Sisvel have moved to dismiss the Challenged Counterclaims (2:24-cv-00752-JRG-RSP, Dkt. 113), and HP's sur-reply in opposition to this motion was filed on June 6, 2025.

To reduce the burden on the Court and the parties and to expedite resolution of their disputes concerning the Challenged Counterclaims, the Stipulating Parties agree that the Challenged Counterclaims in the third-filed Case No. 2:25-cv-00069-JRG-RSP shall be governed by the outcome of Wilus and Sisvel's pending motion to dismiss in 2:24-cv-00752-JRG-RSP. The Stipulating Parties agree that any rulings concerning the Challenged Counterclaims with respect to the pending motion to dismiss in Case No. 2:24-cv-00752-JRG-RSP, shall apply equally to the Challenged Counterclaims in this action, including any new deadlines.

Dated: June 12, 2025                         Respectfully submitted,

*/s/ Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Mackenzie Paladino/
NY State Bar No. 6039366
Email: mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

Andrea L. Fair
Email: andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400

*Attorneys for Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. and Counterclaim Defendant Sisvel International S.A.*

3

/s/*Lawrence Jarvis*

Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc.*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of June, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

                                                                                    */s/ Reza Mirzaie*