## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:25-cv-00069-JRG <br><br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:25-cv-00070-JRG <br><br> Member Case |

**ORDER CONCERNING HP INC.'S AMENDED COUNTERCLAIMS**

In accordance with the Joint Stipulation (Dkt. No. 50) of parties Wilus Institute of Standards and Technology Inc. ("Wilus"), Sisvel International S.A. ("Sisvel") and HP Inc. ("HP") concerning HP's counterclaims 1–6, 15, and 16 (the "Challenged Counterclaims"), it is hereby **ORDERED** that any rulings concerning the Challenged Counterclaims with respect to the pending motion to dismiss in Case No. 2:24-cv-00752-JRG-RSP, shall apply equally to the Challenged Counterclaims in this action, including any new deadlines.