UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HP INC., et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00069-JRG-RSP<br><br>**LEAD CASE**<br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00070-JRG-RSP<br><br>**Member Case** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER**

Plaintiff and Counterclaim Defendant, Wilus Institute of Standards and Technology, Inc. ("Wilus"), Defendants HP Inc., Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants"), and Counterclaim Defendant Sisvel International, S.A. (collectively with Wilus and Defendants, the "Parties") file this Joint Motion for Extension of Time to File Proposed Discovery Order.

The current deadline for the Parties to file their proposed discovery order is June 18, 2025. The Parties respectfully request a brief extension of time. The Parties have been

diligently working to prepare these materials and respectfully request a brief extension of time in order to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline for filing their proposed discovery order by one week to June 25, 2025.

Dated: June 18, 2025                                     Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No. 246953
Marc A. Fenster
mfenster@raklaw.com
CA State Bar No. 181067
Neil A. Rubin
nrubin@raklaw.com
CA State Bar No. 250761
Christian W. Conkle
cconkle@raklaw.com
CA State Bar No. 306374
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
310-826-7474

*Attorneys for Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology and Counterclaim Defendant, Sisvel International S.A.*

/s/ Lawrence Jarvis
Lawrence Jarvis
jarvis@fr.com
**Fish & Richardson P.C**.
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
404-892-5005
*Attorneys for HP, Inc.*

*/s/ Ralph A. Phillips*

Melissa Smith
Melissa@gillamsmithlaw.com
**Gillam & Smith LLP**
303 S. Washington Avenue
Marshall, TX 75670
903-934-8450

Ralph A. Phillips DC Bar No. 475571
rphillips@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

*Attorneys for Samsung Electronics Co. Ltd.
and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of June, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

<i>/s/ Reza Mirzaie</i>

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*