# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HP INC., et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00069-JRG-RSP<br><br>**LEAD CASE**<br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00070-JRG-RSP<br><br>**Member Case** |

## ORDER

Pending before the Court is Plaintiff and Counterclaim Defendant, Wilus Institute of Standards and Technology, Inc. ("Wilus"), Defendants HP Inc., Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants"), and Counterclaim Defendant Sisvel International, S.A. (collectively with Wilus and Defendants, the "Parties") Joint Motion for Extension of Time to File Proposed Discovery Order. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed discovery order is extended to June 25, 2025. All other deadlines shall remain in place absent further leave of Court.

1