# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants.* | Civil Action No. 2:25-cv-00069-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC., <br><br> *Plaintiff,* <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Civil Action No. 2:25-cv-00070-JRG-RSP <br><br> **Member Case** |

## <u>JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER</u>

Plaintiff and Counterclaim Defendant, Wilus Institute of Standards and Technology, Inc. ("Wilus"), Defendants HP Inc., Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants"), and Counterclaim Defendant Sisvel International, S.A. (collectively with Wilus and Defendants, the "Parties") hereby jointly request that the Court enter the proposed Protective Order, attached hereto as Exhibit A.

Dated: June 18, 2025                          Respectfully submitted,

                                             */s/ Reza Mirzaie*
                                             Marc A. Fenster
                                             mfenster@raklaw.com

CA State Bar No. 181067
Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No. 246953
Neil A. Rubin
nrubin@raklaw.com
CA State Bar No. 250761
Christian W. Conkle
cconkle@raklaw.com
CA State Bar No. 306374
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
Mackenzie Paladino
mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
310-826-7474
*Attorneys for Plaintiff and Counterclaim*
*Defendant Wilus Institute of Standards and*
*Technology and Counterclaim Defendant,*
*Sisvel International S.A.*

*/s/ Lawrence Jarvis*
Lawrence Jarvis
jarvis@fr.com
**Fish & Richardson P.C.**
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
404-892-5005
*Attorneys for HP, Inc.*

*/s/ Ralph A. Phillips*

Melissa Smith
Melissa@gillamsmithlaw.com
**Gillam & Smith LLP**
303 S. Washington Avenue
Marshall, TX 75670

903-934-8450

Ralph A. Phillips
rphillips@fr.com
**Fish & Richardson PC**
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
202-783-5070

*Attorneys for Samsung Electronics Co. Ltd.
and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of June, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

*/s/ Reza Mirzaie*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*