
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00069-JRG-RSP (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00070-JRG-RSP (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants.* | § § | |

## **ORDER**

Before the Court is the Joint Motion for Extension of Time to File Proposed Discovery Order (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc., Defendants HP Inc., Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc., and Counterclaim Defendant Sisvel International, S.A. (collectively, the "Parties"). (Dkt. No. 52.) In the Motion, the Parties seek a seven-day extension of time to file their proposed discovery order. (*Id.* at 1-2.) The requested extension would move the deadline from June 18, 2025, up to and including June 25, 2025. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the Parties to file their proposed discovery order is **extended** up to and including June 25, 2025.

**So Ordered this**

**Jun 19, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE