UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:25-cv-00069-JRG <br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:25-cv-00070-JRG |

**ORDER GRANTING COUNTERCLAIM DEFENDANT'S MOTION TO
DISMISS SAMSUNG AMENDED COUNTERCLAIMS 1–2**

Before the Court is Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc.'s ("Wilus") Motion to Dismiss Samsung Amended Counterclaims 1–2. After careful consideration of the Motion and the record in this case, Wilus's Motion is **GRANTED**.