UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HP INC., et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00069-JRG-RSP<br><br>**LEAD CASE**<br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-00070-JRG-RSP<br><br>**Member Case** |

**JOINT MOTION FOR ENTRY OF UNOPPOSED DISCOVERY ORDER FOR PATENT CASES ASSIGNED TO JUDGE RODNEY GILSTRAP AND JUDGE ROY PAYNE**

Wilus Institute of Standards and Technology, Inc. ("Wilus"), HP Inc. ("HP") and Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") jointly move for entry of the attached agreed upon Discovery Order.

Dated: June 25, 2025                                        Respectfully submitted,

                                                            */s/ Reza Mirzaie*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Mackenzie Paladino/
NY State Bar No. 6039366
Email: mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

Andrea L. Fair
Email: andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400

*Attorneys for Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc.*


*/s/ Lawrence Jarvis*
Lawrence Jarvis
jarvis@fr.com
**Fish & Richardson P.C**.
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
404-892-5005
*Attorneys for HP, Inc.*

<u>*/s/ Ralph A. Phillips*</u>

Melissa Smith
Melissa@gillamsmithlaw.com
**Gillam & Smith LLP**
303 S. Washington Avenue
Marshall, TX 75670
903-934-8450

Ralph A. Phillips DC Bar No. 475571
rphillips@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on this 25th day of June, with a copy of this document via the Court's CM/ECG system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this date.

*/s/ Reza Mirzaie*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Wilus, HP, and Samsung are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*