IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:25-cv-00069-JRG-RSP <br> [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:25-cv-00070-JRG-RSP <br> [Member Case] |

**COUNTERCLAIM PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COUNTERCLAIM DEFENDANT'S
<u>MOTION TO DISMISS AMENDED COUNTERCLAIMS 1-2 (DKT. 56)</u>**

Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Counterclaim Plaintiffs") respectfully move the Court for an Order extending the time for Counterclaim Plaintiffs to respond to Counterclaim Defendant Wilus Institute of Standards and Technology Inc.'s ("Counterclaim Defendant") Motion to Dismiss Samsung's Amended Counterclaims 1-2.

1

The deadline for Counterclaim Plaintiffs to respond to Counterclaim Defendant's Motion to Dismiss Samsung's Amended Counterclaims (Dkt. No. 56) ("Counterclaim Defendant's Motion") is July 9, 2025. Counterclaim Plaintiffs respectfully move the Court for a 7-day extension of time through July 16, 2025, to respond to Counterclaim Defendant's Motion. Good cause exists for this brief, customary extension. Counterclaim Plaintiffs have been diligently preparing their response to address the issues raised in Counterclaim Defendant's Motion, and by and through this motion respectfully request a brief extension of time to finalize their response.

Counterclaim Plaintiffs represent that this extension is not sought for purposes of delay but rather so that justice may be served. Counsel for Counterclaim Plaintiffs met and conferred with counsel for Counterclaim Defendant, and counsel for Counterclaim Defendant indicated that Counterclaim Defendant is unopposed to the relief sought in this Motion.

Date: July 3, 2025

Respectfully submitted,

*/s/ Ralph A. Phillips*
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769

jyoung@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070
Facsimile:  214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile:  858-678-5099

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on July 3, 2025.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Ralph A. Phillips

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for Samsung have conferred with counsel for Wilus and the relief requested in this motion is unopposed.

/s/ Ralph A. Phillips