IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00069-JRG-RSP <br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00070-JRG-RSP <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Respond to Counterclaim Defendant's Motion to Dismiss Amended Counterclaims 1-2 (Dkt. 56) (the "Motion") filed by Counterclaim Plaintiffs' Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). (Dkt. No. 60.) In the Motion, Samsung seeks a seven-day extension of time to respond to Counterclaim Defendant Wilus Institute of Standards and Technology Inc.'s ("Wilus") Motion to Dismiss Samsung's Amended Counterclaims 1-2 (the "Motion to Dismiss") (Dkt. No. 56). (Dkt. No. 60 at 1-2.) The requested extension would move

the deadline from July 9, 2025, up to and including July 16, 2025. (*Id.*) The Motion is unopposed. (*Id.* at 2.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Samsung to respond to Wilus's Motion to Dismiss (Dkt. No. 56) is **extended** up to and including July 16, 2025.

**So ORDERED and SIGNED this 9th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE