**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Case No. 2:25-cv-00069-JRG<br>LEAD CASE |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Case No. 2:25-cv-00070-JRG- |

## NOTICE OF COMPLIANCE

Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. hereby notify the Court that they served their P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility Contentions upon Plaintiff's counsel of record via email on July 9, 2025.

Dated: July 10, 2025

By */s/ Melissa R. Smith*
    Melissa R. Smith
    Texas State Bar No. 24001351
    melissa@gillamsmithlaw.com
    **GILLAM & SMITH, LLP**

303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
**FISH & RICHARDSON, P.C.**
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-507
Facsimile: 202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070
Facsimile: 214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130

Telephone: 858-678-5070
Facsimile: 858-678-5099

***Attorneys for Defendants***
***Samsung Electronics Co., Ltd., and***
***Samsung Electronics America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 10, 2025.

*/s/ Melissa R. Smith*
Melissa R. Smith