IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Case No. 2:25-cv-00069-JRG<br>LEAD CASE |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Case No. 2:25-cv-00070-JRG- |

### NOTICE OF COMPLIANCE

Defendant HP Inc. hereby notifies the Court that it has served its P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility Contentions upon Plaintiff's counsel of record via email on July 9, 2025.

Dated: July 10, 2025

By */s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670

Phone: (903) 934-8450
Fax: (903) 934-9257

Benjamin Charles Elacqua
**Fish & Richardson**
909 Fannin Street
Suite 2100
Houston, TX 77010
713-654-5300
Fax: 713-652-0109
Email: elacqua@fr.com

Lawrence Rodell Jarvis
**Fish & Richardson PC**
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
404.879.7238
Fax: 404.892.5005
Email: jarvis@fr.com

*Attorneys for Defendant HP Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 10, 2025.

                                      */s/ Melissa R. Smith*
                                       Melissa R. Smith