IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:25-cv-00069-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:25-cv-00070-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

## **ORDER**

Before the Court is Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc's ("Samsung") Response To Counterclaim Defendant's Motion To Dismiss Samsung's Amended Counterclaims 1-2 (Dkt. No. 56).

Having considered the briefing, the Court is of the opinion that the Motion To Dismiss should be and hereby is **DENIED**.