IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:25-cv-00069-JRG <br><br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00070-JRG |

**DECLARATION OF NEIL A. RUBIN IN SUPPORT OF COUNTERCLAIM DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS SAMSUNG AMENDED COUNTERCLAIMS 1-2**

I, Neil A. Rubin, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ, August & Kabat, and counsel of record for Wilus Institute of Standards and Technology Inc., in the above-captioned actions. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2.	Attached as **Exhibit 1** is a true and correct copy of the Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond *In the Matter of Certain Video Capable Electronic Devices, Inc.,* No. 337-TA-1379, Public Version of Initial Determination (Feb. 10, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2025, at Los Angeles, California.

                                           */s/ Neil A. Rubin*
                                           Neil A. Rubin