# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendants*. | Civil Action No. 2:25-cv-00069-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff, Wilus Institute of Standards and Technology Inc., ("Plaintiff"), Counter-Defendant, Sisvel International, S.A., and Defendant HP Inc., ("Defendant") (together the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement to notify the Court that the Parties have reached a settlement in principle as to all matters in controversy between them. As such, the Parties respectfully request that all remaining case deadlines be stayed for thirty (30) days while the Parties finalize a settlement agreement and file dismissal papers with the Court. It is in the interest of judicial economy to grant this Joint Motion.

For the foregoing reasons and good cause shown, the Parties respectfully request the Court enter an order staying all remaining case deadlines as to only the Parties for thirty (30) days.

Dated: October 13, 2025

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No. 246953
Neil A. Rubin
nrubin@raklaw.com

1

CA State Bar No. 250761
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
Mackenzie Paladino
mpaladino@raklaw.com
NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474

**ATTORNEYS FOR PLAINTIFF, WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. AND COUNTER-DEFENDANT, SISVEL INTERNATIONAL, S.A.**

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
**Fish & Richardson P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence Jarvis
Georgia Bar Number 102116
jarvis@fr.com
Peter Hong
Georgia Bar Number 365188
hong@fr.com
**Fish & Richardson P.C**.
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
Telephone: (404)892-5005
Facsimile: (404) 892-5002

Riley J. Green
Texas Bar Number 24131352
rgreen@fr.com
**Fish & Richardson P.C.**
1717 Main Street, Suite 5000

Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Melissa R. Smith
Texas Bar Number 24001351
**Gillam & Smith, LLP**
303 South Washington Avenue Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com


*Attorneys for HP Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant, and this is a joint motion.

/s/ Reza Mirzaie

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on October 13, 2025.

/s/ Reza Mirzaie