# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:25-cv-00069-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED that the remaining case deadlines between Wilus Institute of Standards, Sisvel International, S.A., and Technology Inc. and HP Inc. are stayed for thirty (30) days.**