IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff,*<br><br>v.<br><br>HP INC.,<br><br>*Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00069-JRG<br>(LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00070-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc. ("Plaintiff"), Counter-Defendant Sisvel International, S.A. ("Sisvel") and Defendant HP Inc. ("HP"). (Dkt. No. 69.) In the Motion, Plaintiff, Sisvel, and HP notify the Court that they "have reached a settlement in principle as to all matters in controversy between them." (*Id.* at 1.) Plaintiff, Sisvel, and HP request a stay of all deadlines in the above-captioned case which pertain to their dispute for 30 days to allow them time to prepare and submit dismissal papers. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the lead case No. 2:25-cv-00069-JRG are **STAYED** for 30 days, up to and including November 13, 2025, during which time appropriate dismissal papers are to be filed with the Court. The member case, No. 2:25-cv-00070-JRG, will proceed as usual.

**So ORDERED and SIGNED this 15th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE