# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC. <br><br> *Defendant*. | Civil Case No. 2:25-cv-00069-JRG-RSP <br> [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants*. | Civil Case No. 2:25-cv-00070-JRG-RSP <br> [Member Case] <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S NOTICE OF COMPLIANCE REGARDING P.R. 4-1 DISCLOSURE**

Pursuant to the Court's June 13, 2025 First Amended Docket Control Order (Dkt. No. 51) and Local Patent Rule 4-1, Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") hereby provide notice that on October 23, 2025, they served their Proposed Terms and Claim Elements for Construction upon Plaintiff's counsel of record via electronic mail.

1

Dated:  October 23, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph A. Phillips*
　　　　　　　　　　　　　　　　　　　　　　Ruffin B. Cordell
　　　　　　　　　　　　　　　　　　　　　　TX Bar No. 04820550
　　　　　　　　　　　　　　　　　　　　　　cordell@fr.com
　　　　　　　　　　　　　　　　　　　　　　Michael J. McKeon
　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 459780
　　　　　　　　　　　　　　　　　　　　　　mckeon@fr.com
　　　　　　　　　　　　　　　　　　　　　　Ralph A. Phillips
　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 475571
　　　　　　　　　　　　　　　　　　　　　　rphillips@fr.com
　　　　　　　　　　　　　　　　　　　　　　Bryan J. Cannon
　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 1723657
　　　　　　　　　　　　　　　　　　　　　　cannon@fr.com
　　　　　　　　　　　　　　　　　　　　　　Payal Patel
　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 90019320
　　　　　　　　　　　　　　　　　　　　　　ppatel@fr.com
　　　　　　　　　　　　　　　　　　　　　　Damien Thomas
　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 90018451
　　　　　　　　　　　　　　　　　　　　　　dthomas@fr.com
　　　　　　　　　　　　　　　　　　　　　　James Young
　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 90005769
　　　　　　　　　　　　　　　　　　　　　　jyoung@fr.com
　　　　　　　　　　　　　　　　　　　　　　**FISH & RICHARDSON, P.C.**
　　　　　　　　　　　　　　　　　　　　　　1000 Maine Ave., S.W., Ste. 1000
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　　　　　Telephone: 202-783-5070
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  202-783-2331

　　　　　　　　　　　　　　　　　　　　　　Thomas H. Reger II
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24032992
　　　　　　　　　　　　　　　　　　　　　　reger@fr.com
　　　　　　　　　　　　　　　　　　　　　　Rodeen Talebi
　　　　　　　　　　　　　　　　　　　　　　TX Bar No. 24103958
　　　　　　　　　　　　　　　　　　　　　　talebi@fr.com
　　　　　　　　　　　　　　　　　　　　　　**FISH & RICHARDSON P.C.**
　　　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 78766
　　　　　　　　　　　　　　　　　　　　　　Telephone: 214-747-5070
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile:  858-678-5099

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257
Email: melissa@gillamsmithlaw.com

ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD., AND
SAMSUNG ELECTRONICS AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 23, 2025.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                    */s/ Ralph A. Phillips*
                    Ralph A. Phillips