# EXHIBIT 3

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent of:      Woojin Ahn, et al.              Attorney Docket No. 39843-0204IP1
U.S. Patent No.:      10,911,186
Issue Date:           February 2, 2021
Appl. Serial No.:     16/377,829
Filing Date:          April 8, 2019
Title:                WIRELESS COMMUNICATION TERMINAL AND WIRELESS
                      COMMUNICATION METHOD FOR MULTI-USER
                      CONCURRENT TRANSMISSION

**Mail Stop Patent Board**
Patent Trial and Appeal Board
U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

## PETITION FOR *INTER PARTES* REVIEW OF UNITED STATES PATENT NO. 10,911,186 PURSUANT TO 35 U.S.C. §§ 311–319, 37 C.F.R. § 42

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

# TABLE OF CONTENTS

I.     REQUIREMENTS FOR IPR ........................................................................1
       A.   Grounds for Standing...........................................................................1
       B.   Challenge and Relief Requested ..........................................................1
       C.   Claim Construction ..............................................................................1
       D.   Level of Ordinary Skill in the Art .......................................................2

II.    THE '186 PATENT ....................................................................................2
       A.   Brief Description...................................................................................2
       B.   Prosecution History..............................................................................4
       C.   Critical Date of the '186 Patent ...........................................................6

III.   THE CHALLENGED CLAIMS ARE UNPATENTABLE..........................15
       A.   [GROUND 1] – Kim renders claims 1-18 obvious ..............................15
            1.    Overview of Kim...................................................................15
            2.    Analysis ................................................................................17
       B.   [GROUND 2] – Chu-Choi renders claims 1-18 obvious ......................42
            1.    Overview of Chu ...................................................................42
            2.    Overview of Choi...................................................................44
            3.    Combination ..........................................................................45
            4.    Analysis ................................................................................49

IV.    PTAB DISCRETION SHOULD NOT PRECLUDE INSTITUTION..........87

V.     CONCLUSION AND FEES .......................................................................87

VI.    MANDATORY NOTICES UNDER 37 C.F.R. § 42.8(a)(1).......................88
       A.   Real Party-In-Interest Under 37 C.F.R. § 42.8(b)(1)............................88
       B.   Related Matters Under 37 C.F.R. § 42.8(b)(2) .....................................88
       C.   Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3)...................88
       D.   Service Information .............................................................................88

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## EXHIBITS

| | |
|---|---|
| SAMSUNG-1001 | U.S. Patent No. 10,911,186 to Ahn, et al. ("the '186 Patent") |
| SAMSUNG-1002 | Excerpts from the Prosecution History of the '186 Patent ("the Prosecution History") |
| SAMSUNG-1003 | Declaration and Curriculum Vitae of Dr. Zhi Ding |
| SAMSUNG-1004 | Complaint, *Wilus Institute of Standards and Technology Inc., v. Samsung Electronics Co., Ltd., et al*., 2-25-cv-00070 (EDTX) filed January 23, 2025 |
| SAMSUNG-1005 | Korean Application No. 10-2015-0030369 |
| SAMSUNG-1006 | Translation and Certificate of Translation for SAMSUNG-1005 |
| SAMSUNG-1007 | Korean Application No. 10-2015-0036754 |
| SAMSUNG-1008 | Translation and Certificate of Translation for SAMSUNG-1007 |
| SAMSUNG-1009 | Korean Application No. 10-2015-0066670 |
| SAMSUNG-1010 | Translation and Certificate of Translation for SAMSUNG-1009 |
| SAMSUNG-1011 | PCT Application No. PCT/KR2016/002199 |
| SAMSUNG-1012 | Translation and Certificate of Translation for SAMSUNG-1011 |
| SAMSUNG-1013 | U.S. Patent No. 10,305,638 ("Ahn") |
| SAMSUNG-1014 | U.S. Patent Publication No. 2019/0357256 ("Kim") |
| SAMSUNG-1015 | U.S. Patent Publication No. 2015/0131517 ("Chu") |
| SAMSUNG-1016 | U.S. Patent Publication No. 2015/0230244 ("Choi") |
| SAMSUNG-1017 | *Fintiv* Stipulation |
| SAMSUNG-1018 | Translation and Certificate of Translation for PCT Application No. PCT/KR2018/000340 |
| SAMSUNG-1019 | RESERVED |

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

SAMSUNG-1020  IEEE 802.11-2012

SAMSUNG-1021  IEEE 802.11-16/0368r0

SAMSUNG-1022  IEEE 802.11-16/0949r2

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## LISTING OF CHALLENGED CLAIMS

| Claim 1 | |
|---|---|
| [1Pre] | A wireless communication terminal, the terminal comprising: |
| [1.1] | a transceiver; and |
| [1.2] | a processor, wherein the processor is configured to: |
| [1.3] | receive, through the transceiver, a trigger frame indicating uplink transmission of one or more terminals, |
| [1.4] | wherein the trigger frame includes an association identifier (AID) field, and |
| [1.5] | perform, through the transceiver, an uplink transmission in response to the trigger frame, |
| [1.6] | wherein the AID field is used to identify whether the trigger frame includes a padding field to which padding is applied, and |
| [1.7] | wherein the trigger frame further includes the padding field when the AID field is set to a specific value. |
| **Claim 2** | |
| [2] | The wireless communication terminal of claim 1, wherein a duration of the padding field is set based on a time needed for the one or more terminals to process the trigger frame. |
| **Claim 3** | |
| [3] | The wireless communication terminal of claim 1, wherein the padding field is contained before a frame check sequence (FCS) field included in the trigger frame. |
| **Claim 4** | |
| [4] | The wireless communication terminal of claim 1, wherein the AID field indicates a start of the padding, when the AID field is set to the specific value. |
| **Claim 5** | |
| [5] | The wireless communication terminal of claim 4, wherein the predetermined AID field information is duplicated bit information in an AID field. |

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

| Claim 6 | |
|---|---|
| [6] | The wireless communication terminal of claim 1, wherein the padding is applied in the trigger frame by using duplicated information. |
| **Claim 7** | |
| [7] | The wireless communication terminal of claim 6, wherein the padding is applied in the trigger frame by duplicating the predetermined AID field information. |
| **Claim 8** | |
| [8.1] | The wireless communication terminal of claim 1, wherein the processor is further configured to: generate an uplink packet to perform the uplink transmission, and |
| [8.2] | perform the uplink transmission in response to the trigger frame by using the generated uplink packet, |
| [8.3] | wherein a padding is applied to the uplink packet to terminate the uplink transmission at a designated time. |
| **Claim 9** | |
| [9] | The wireless communication terminal of claim 1,wherein the AID field is set to the specific value according to the number of user information for the one or more terminal. |
| **Claim 10** | |
| [10] | The wireless communication terminal of claim 1, wherein all bits of the padding field are set by repeating a specific value when the padding field is included in the trigger frame. |
| **Claim 11** | |
| [11Pre] | A wireless communication method of a wireless communication terminal, comprising: |
| [11.1] | receiving a trigger frame indicating uplink transmission of one or more terminals, |
| [11.2] | wherein the trigger frame includes an association identifier (AID field); and |
| [11.3] | performing an uplink transmission in response to the trigger frame, |
| [11.4] | wherein the AID field is used to identify whether the trigger frame includes a padding field to which padding is applied, and |

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

| [11.5] | wherein the trigger frame further includes the padding field when the AID field is set to a specific value. |
|---|---|
| **Claim 12** | |
| [12] | The wireless communication method of claim 11, wherein a duration of the padding field is set based on a time needed for the one or more terminals to process the trigger frame. |
| **Claim 13** | |
| [13] | The wireless communication method of claim 11, wherein the padding field is contained before a frame check sequence (FCS) field included in the trigger frame. |
| **Claim 14** | |
| [14] | The wireless communication method of claim 11, wherein the AID field indicates a start of the padding, when the AID field is set to the specific value. |
| **Claim 15** | |
| [15] | The wireless communication method of claim 14, wherein the predetermined AID field information is duplicated bit information in an AID field. |
| **Claim 16** | |
| [16] | The wireless communication method of claim 11, wherein the padding is applied in the trigger frame by using duplicated information. |
| **Claim 17** | |
| [17] | The wireless communication method of claim 16, wherein the padding is applied in the trigger frame by duplicating the predetermined AID field information. |
| **Claim 18** | |
| [18.1] | The wireless communication method of claim 11, further comprising: generating an uplink packet to perform the uplink transmission, and |
| [18.2] | performing the uplink transmission in response to the trigger frame by using the generated uplink packet, |
| [18.3] | wherein a padding is applied to the uplink packet to terminate the uplink transmission at a designated time. |

Samsung Electronics Co., Ltd. ("Petitioner" or "Samsung") petitions for

*Inter Partes* Review ("IPR") of claims 1-18 ("the Challenged Claims") of U.S.

Patent No. 10,911,186 ("the '186 Patent").  Compelling evidence presented in this

Petition demonstrates at least a reasonable likelihood that Samsung will prevail

with respect to at least one of the Challenged Claims.

## I.    REQUIREMENTS FOR IPR

### A.    Grounds for Standing

Petitioner certifies that the '186 Patent is available for IPR.  This petition is

being filed within one year of service of a complaint against Samsung.

SAMSUNG-1004.  Samsung is not barred or estopped from requesting review of

the Challenged Claims on the below-identified grounds.

### B.    Challenge and Relief Requested

Samsung requests an IPR of the Challenged Claims on the grounds noted

below.  Dr. Zhi Ding provides supporting testimony in his Declaration.

SAMSUNG-1003, ¶¶4-188.

| Ground | Claims | 35 U.S.C. § 103 |
|--------|--------|-----------------|
| 1 | 1-18 | Kim |
| 2 | 1-18 | Chu-Choi |

### C.    Claim Construction

Petitioner submits that no formal claim constructions are necessary because

"claim terms need only be construed to the extent necessary to resolve the controversy." *Wellman, Inc. v. Eastman Chem. Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011). Petitioner reserves the right to respond to any constructions offered by Patent Owner or adopted by the Board. Petitioner is not conceding that each challenged claim satisfies all statutory requirements, nor is Petitioner waiving any arguments concerning claim scope or grounds that can only be raised in district court. For this petition, Petitioner applies prior art in a manner consistent with Patent Owner's allegations of infringement before the district court.

### D.    Level of Ordinary Skill in the Art

For purposes of this IPR, a person of ordinary skill in the art ("POSITA") would have had a Bachelor's degree in electrical engineering, computer engineering, computer science, or a related field, and at least 3 years of experience in the research, design or development of wireless communication devices, systems, and/or networks, or the equivalent, as of the Critical Date. SAMSUNG-1003, ¶¶26-28. Increased educational experience can make up for less work experience, and vice versa. *Id*.

## II.    THE '186 PATENT

### A.    Brief Description

The '186 Patent is directed to "a wireless communication terminal" that enables simultaneous uplink transmissions by a plurality of terminals through the use of a trigger frame. SAMSUNG-1001, Abstract, 3:5-7, 3:50-52, 17:26-32, 20:1-

2

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

3, FIG. 20.  In the example depicted in FIG. 20, the '186 Patent describes that "a trigger frame that triggers the multi-user simultaneous transmission may also be padded."  SAMSUNG-1001, 20:1-3, FIG. 20; SAMSUNG-1003, ¶58.



*FIG. 20*

SAMSUNG-1001, FIG. 20[1].

The '186 Patent further explains that "[t]he trigger frame may include AID information of the STA assigned to each channel" and "a predetermined padding may be performed before a Frame Check Sequence (FCS) field of the trigger frame" such that "the transmission of the trigger frame may be terminated at the

---

[1] Annotations to figures are shown in color.

3

same time in each channel through which the trigger frame is transmitted,"

allowing "the STAs [stations] to acquire additional processing time to participate

in the multi-user simultaneous transmission in response to the trigger frame."

SAMSUNG-1001, 20:6-7, 20:10-18.  The padding may be performed, for example,

by inserting duplicated Association ID (AID) information.  SAMSUNG-1001,

20:18-21.  Following transmission of the trigger frame, the STAs simultaneously

transmit uplink data to perform the multi-user uplink transmission.  SAMSUNG-

1001, 17:29-32; SAMSUNG-1003, ¶59.

### B.    Prosecution History

Claims 13-28 (issued claims 1-16) were first introduced through a

preliminary amendment filed on April 8, 2019, **without** accompanying discussion

or identification of clear support in the corresponding portions of the specification

or drawings.  SAMSUNG-1002, 385-391.

In the first Office Action, the Examiner issued prior art rejections under §

102 against claims 13, 16-21, and 24-28 (issued claims 1, 4-9, and 12-16) based on

Chun (US 2017/0272138), and § 103 rejections against claims 14 and 22 (issued

claims 2 and 10) over Chun in view of Blanksby (US 2016/0227437), and against

claims 15 and 23 (issued claims 3 and 11) over Chun in view of Hong (US

2006/0034317).  SAMSUNG-1002, 295-299.  The Examiner also rejected claims

on grounds of non-statutory double patenting, particularly claims 13-15, 21, and 22

(issued claims 1-3, 9, and 10) over claims 1 and 3 of U.S. Patent No. 10,305,638. *Id.*, 293-295.

In response, the applicant filed a terminal disclaimer over U.S. Patent No. 10,305,638 and argued that Chun fails to disclose "identifying a padding applied in the trigger frame by a predetermined association ID (AID) field information contained in the trigger field," as recited in independent claim 13. SAMSUNG-1002, 273-290.

The Examiner issued a second Office Action, rejecting claims 13-18, 20-26, and 28 (issued claims 1-6, 8-14, and 16) under § 103 over Chun in view of Chu '574 (US 2016/0165574), while indicating that claims 19 and 27 (issued claims 7 and 15) recite allowable subject matter. SAMSUNG-1002, 230-234. In response, the applicant amended the claims and introduced new claims 29 and 30 (issued claims 17 and 18). *Id.*, 216-227. Notably, the independent claims were amended to recite (i) "the AID field is used to identify whether the trigger frame includes a padding field to which padding is applied" and (ii) "the trigger frame further includes the padding field when the AID field is set to a specific value." *Id.*, 217-221. Following these amendments, the Examiner allowed all claims. *Id.*, 142-143.

However, as discussed below, the descriptions and drawings of the '186 Patent—including its parent applications and foreign priority applications—do **not** provide adequate support for the features added during prosecution. Further, the

prior art grounds presented in this Petition, which were not previously considered during prosecution, include references that disclose the use of the AID field to identify the presence of padding in the trigger frame when set to a specific value—the feature that was identified as justifying allowance of the '186 Patent. SAMSUNG-1003, ¶¶60-62.

### C.    Critical Date of the '186 Patent

Petitioner submits that the Critical Date of the '186 Patent is **no earlier than Apr. 8, 2019**—the filing date of the '186 Patent—because the priority applications of the '186 Patent fail to provide written description support for the claimed invention, as required by 35 U.S.C. §§ 112(a), 119(a), and 120.

A U.S. application may claim priority to a foreign or earlier U.S. application *only if* that application contains a disclosure that satisfies the written description requirement of § 112. *See In re Gosteli*, 872 F.2d 1008, 1010-11 (Fed. Cir. 1989); *Lockwood v. Am. Airlines, Inc.*, 107 F.3d 1564, 1571-72 (Fed. Cir. 1997). The disclosure must demonstrate that the inventor had possession of the claimed invention as of the filing date. *Lizardtech, Inc. v. Earth Res. Mapping Inc.*, 424 F.3d 1336, 1345 (Fed. Cir. 2005). It is not sufficient that the invention would have been obvious in view of what is disclosed. *See In re Huston*, 308 F.3d 1267 (Fed. Cir. 2002); *In re Jones*, 10 F. App'x 822 (Fed. Cir. 2001). The requirement is not met if the disclosure merely points to a broad genus from which the specific

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

claimed invention must be later extracted.  *See Purdue Pharma v. Faulding*, 230 F.3d 1320, 1326–27 (Fed. Cir. 2000).

None of the Challenged Claims are supported by Korean Application Nos. 10-2015-0030369, 10-2015-0036754, or 10-2015-0066670, PCT Application No. PCT/KR2016/002199, or U.S. Application No. 15/555,075 (collectively, "the pre-April 8, 2019 applications").  SAMSUNG-1005-1013.  In particular, independent claims 1 and 11 of the '186 Patent recite that the "AID field is used to identify whether the trigger frame includes a padding field" and that the "trigger frame further includes the padding field when the AID field is set to a specific value."  SAMSUNG-1001, claims 1 and 11.  These features are absent from the pre-April 8, 2019 applications.  There is no disclosure establishing that the inventors were in possession of a trigger frame structure in which the AID field is used to indicate the presence of padding.  SAMSUNG-1003, ¶63.

For example, Korean Application No. 10-2015-0036754 ("KR '754") ")—which is representative of the disclosure in the priority applications—discusses using a Block ACK (BA) format to implement a multiplexed group ACK. SAMSUNG-1007-1008, [0064], FIG. 9.  It describes using bits B0-B10 for AID values and B11 as a flag to distinguish between a general ACK and a BA.  *Id*. However, this pertains to uplink ACKs—not trigger frames—and B11 does not identify or relate to padding.  Further, while KR '754 notes that "[t]he padding

7

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

method for length alignment of the AID field in the BA... can be similarly applied in the DL-OFDMA trigger process," this only refers to inserting zero padding or repeating AIDs in the **downlink** transmission. *Id.*, [0072]. It does not describe or enable an AID field within a trigger frame that identifies whether padding is present. SAMSUNG-1003, ¶¶64-65.



SAMSUNG-1007, FIG. 9

Likewise, the '186 Patent specification itself fails to describe the claimed functionality with the required clarity. It generally states that a trigger frame may be padded or include duplicated AID information before the FCS field. SAMSUNG-1001, 20:1-12, 20:20-22, FIG. 20. But it does not disclose using the AID field as an indicator of padding or explain how the presence of padding is conditionally triggered by a specific AID field value. These statements do not

8

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

show possession of the specific claimed invention.  SAMSUNG-1003, ¶66.



*FIG. 20*

SAMSUNG-1001, FIG. 20

Additionally, the dependent claims of the '186 Patent likewise lack written

description support in the Apr. 8, 2019 applications.  For example, claim 2 (and

corresponding claim 12) recites that "a duration of the padding field is set based on

a time needed for the one or more terminals to process the trigger frame."

SAMSUNG-1001, claims 2 and 12.  However, none of the priority applications

describe or enable a padding field whose duration is determined based on a

terminal's processing time.  SAMSUNG-1003, ¶67.

For example, KR '754 merely describes that, "when the trigger is

9

transmitted, multiple terminals simultaneously transmit data at the designated time through the subcarriers allocated by the AP, and after data transmission," it is assumed that "the UL data from multiple users transmitted after the trigger ends at the same time due to scheduling and data padding." SAMSUNG-1007-1008, [0058], [0066]. This description suggests only that padding may be used to ensure that transmissions from different users terminate simultaneously. It does not disclose any mechanism for setting the duration of a padding field based on the time required for a terminal to process the scheduling information in the trigger frame. In addition, KR '754 describes duplicating elements of acknowledgment fields (e.g., block ACK bitmap) to equalize length, which pertains to downstream acknowledgment handling—not uplink preparation timing. *Id.*, [0068]. Accordingly, the pre-Apr. 8, 2019 applications fail to show that the inventors possessed the specific claimed functionality of time-based padding duration. SAMSUNG-1003, ¶68.

Claim 4 (and corresponding claim 14) further recites that "the AID field indicates a start of the padding, when the AID field is set to the specific value." SAMSUNG-1001, claims 4 and 14. As discussed above with respect to claim 1, none of the priority applications disclose using a specific AID value to identify the presence of padding or to mark the transition between meaningful user data and padding bits. The applications contain no mechanism by which the AID field

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

functions as a delimiter for padding.  Nor is there any suggestion that the inventors contemplated such use of the AID field at the time of the earlier filings. SAMSUNG-1003, ¶69.

Claim 5 depends on claim 4 (and corresponding claim 15 depends on claim 14) and recites that "the predetermined AID field information is duplicated bit information in an AID field."  SAMSUNG-1001, claims 5 and 15.  KR '754 describes that, "in the DL-OFDMA trigger process, to align the length of the trigger when the AP notifies the AIDs of the terminals assigned to each channel, the same method as shown in FIG. 11 can be used—by inserting zero padding or repeating AIDs."  SAMSUNG-1007-1008, [0072].   However, this disclosure concerns padding for **downlink** transmissions and does not address duplicating predetermined AID field information within a trigger frame used for **uplink** scheduling.  Moreover, the reference to "repeating AIDs" is vague and appears to refer only to length alignment in downlink scenarios, without teaching any correspondence to a specific AID value or bit-level duplication used as a functional signal for padding.  SAMSUNG-1003, ¶70.

Claim 7 (and corresponding claim 17) likewise recites that "the padding is applied in the trigger frame by duplicating the predetermined AID field information."  SAMSUNG-1001, claims 7 and 17.  Again, the cited passages from KR '754 pertain only to downlink trigger procedures and do not disclose any

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

mechanism in which a trigger frame for uplink transmission applies padding through the duplication of predetermined AID information.  SAMSUNG-1007-1008, [0072].  No implementation details or specific field behaviors are disclosed that would inform a POSITA how such a duplication mechanism would operate in the context of uplink scheduling.  SAMSUNG-1003, ¶71.

Claim 8 (and corresponding claim 18) likewise lacks written description support in the priority applications.  Claim 8 recites "generat[ing] an uplink packet to perform the uplink transmission, and perform[ing] the uplink transmission in response to the trigger frame by using the generated uplink packet, wherein a padding is applied to the uplink packet to terminate the uplink transmission at a designated time."  SAMSUNG-1001, claims 8 and 18; SAMSUNG-1003, ¶72.

KR '754 does not disclose this functionality.  Specifically, the only discussion of padding in the context of a trigger frame appears in the portion describing a downlink transmission scenario with respect to FIG. 12.  KR '754 explains that, "in the DL-OFDMA trigger process, to align the length of the trigger when the AP notifies the AIDs of the terminals assigned to each channel, the same method as shown in FIG. 11 can be used—by inserting zero padding or repeating AIDs."  SAMSUNG-1007–1008, [0072].  This discussion is limited to padding applied to a downlink trigger frame issued by the AP and does not address any behavior or response of the terminals in preparing or padding their own uplink

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

transmissions.  SAMSUNG-1003, ¶73.

Accordingly, nowhere does KR '754 describe that a STA applies padding to an uplink packet (e.g., UL PPDU) in order to terminate its transmission at a designated time as recited in claim 8.  Nor does the disclosure explain how the STA would determine such a designated termination time, much less how padding would be used to ensure alignment with that time.  Absent such a teaching, a POSITA would not understand that the inventors were in possession of the claimed behavior at the time of the pre-Apr. 8, 2019 filings.  SAMSUNG-1003, ¶74.

Claim 9 recites that "the AID field is set to the specific value according to the number of user information for the one or more terminals."  SAMSUNG-1001, claim 9.  KR '754 describes that the AP may notify different terminals assigned to different channels for **downlink** data transmission, and applying padding to align trigger lengths when the number of terminals varies.  SAMSUNG-1007-1008, [0072].  However, KR '754 does not disclose setting the AID field to a specific value based on the number of terminals or the quantity of user information.  Nor does it teach using this value to indicate or control padding behavior.  The disclosure again focuses solely on downlink alignment and does not provide any link between the number of users and a specific AID field value for uplink transmissions.  *Id*.  Accordingly, the disclosure fails to show possession of the specific functionalities recited in dependent claims 2, 4, 5, 7-9, 12, 14, 15, 17, and

13

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

18, and these claims are not entitled to a priority date earlier than April 8, 2019.

SAMSUNG-1003, ¶75.

Accordingly, the challenged claims are not entitled to a priority date earlier than April 8, 2019. Because every claim of the '186 Patent depends on features that lack written description support in the pre-April 8, 2019 applications, none are entitled to an earlier filing date. *See Falko-Gunter Falkner v. Inglis*, 448 F.3d 1357 (Fed. Cir. 2006); SAMSUNG-1001, claims 1-18; SAMSUNG-1003, ¶76.

As shown in the table below, all references presented in this Petition pre-date April 8, 2019 and, thus, constitute prior art. In addition, both Chu and Choi pre-date the earliest claimed priority date of the '186 Patent, which is March 4, 2015, and constitute prior art regardless of the priority analysis set forth above.

| Reference | Filing Date | Publication Date |
|---|---|---|
| US 2019/0357256 (Kim) | Jan. 8, 2018[2] | Nov. 21, 2019 |

---

[2] Kim is a national stage application of PCT/KR2018/000340, which was filed on Jan. 8, 2018. SAMSUNG-1014, Cover. Accordingly, Kim's effective filing date is Jan. 8, 2018, rendering it prior art to the '186 Patent. Although not required, a translation of PCT/KR2018/000340 is provided in the exhibit and confirms that

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

| Reference | Filing Date | Publication Date |
|---|---|---|
| US 2015/0131517 (Chu) | Nov. 11, 2014 | May 14, 2015 |
| US 2015/0230244 (Choi) | Oct. 29, 2013 | Aug. 13, 2015 |

## III.    THE CHALLENGED CLAIMS ARE UNPATENTABLE

### A.    [GROUND 1] – Kim renders claims 1-18 obvious

#### 1.    Overview of Kim

Kim discloses a process in which a plurality of stations (STA1 to STA4) receive, from the access point (AP), a trigger frame for uplink (UL) multi-user (MU) transmission.  SAMSUNG-1014, [0131]-[0132], FIG. 16.  The trigger frame includes (i) a User Information field, which in turn includes an **AID 12 subfield**, (ii) a **Padding** field, and (iii) a Frame Check Sequence (**FCS**) field.  *Id*., [0136], [0138], FIG. 17.  The AID 12 subfield indicates the least significant 12 bits of the AID of the station that is to receive the corresponding User Information field. SAMSUNG-1014, [0138]; SAMSUNG-1003, ¶¶77-80.

The AID 12 subfield in the User Information field identifies the least significant 12 bits of the AID of the STA that is assigned **uplink transmission**

---

Kim corresponds to the translation of that international application.  *See* SAMSUNG-1018.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

**resources**, while reserved values such as 0 or 2045 indicate allocation for random access, and a value of 4095 **signifies the start of a Padding field** in the trigger frame.  SAMSUNG-1014, [0138], [0141]; SAMSUNG-1003, ¶¶77-80.

In response to the received trigger frame, "[t]he STAs may transmit a UL data frame using a HE trigger based PPDU format after SIFS from a PPDU including the trigger frame," where "SIFS" refers to "Short Inter-Frame Space." SAMSUNG-1014, [0100], [0133]; SAMSUNG-1003, ¶¶77-80.

**FIG. 16**



SAMSUNG-1014, FIG. 16

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

# FIG. 17



(a) Trigger frame



(b) Common Info field of Trigger frame

(c) User Info field of Trigger frame

SAMSUNG-1014, FIG. 17

## 2. Analysis

### [1.pre]

As an initial matter, the '186 Patent does not define a "wireless communication terminal," but instead describes a "station (STA) [that] is a predetermined device including medium access control (MAC) following a

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

regulation of **an IEEE 802.11 standard** and a physical layer interface for a wireless medium." SAMSUNG-1001, 5:47-50[3].

To the extent the preamble is limiting, Kim's STA meets this description. Specifically, Kim describes that "[a]n STA is a logical entity including a **physical layer interface** between a **Media Access Control (MAC) layer** and a wireless medium." SAMSUNG-1014, [0044]; SAMSUNG-1003, ¶81. Thus, Kim's station satisfies the characteristics of a "wireless communication terminal" contemplated by the '186 Patent, including the MAC and PHY components for wireless communication. SAMSUNG-1003, ¶81.

**FIG. 1**



SAMSUNG-1014, FIG. 1

---

[3] All emphasis is added unless otherwise noted.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

*[1.1]*

The '186 Patent describes a transceiver that "transmits and receives a wireless signal such as a wireless LAN packet" and may include "transmit/receive modules having different frequency bands." SAMSUNG-1001, 6:40-41, 6:45-47.

A POSITA would understand that Kim's STA includes a similar transceiver structure. Specifically, Kim discloses that the STA includes a transceiver that can "transmit/receive a wireless signal and may be implemented in a physical layer of IEEE 802.11/3GPP." SAMSUNG-1014, [0237], FIG. 26; SAMSUNG-1003, ¶82.

**FIG. 26**



SAMSUNG-1014, FIG. 26

*[1.2]*

The '186 Patent describes a processor that "may process a frame received through the wireless network and besides, perform various processing for controlling the station." SAMSUNG-1001, 5:56-59. This description broadly encompasses functions such as MAC/PHY layer processing and coordinating

19

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

responses to received frames, which are standard in wireless communication systems.  ¶SAMSUNG-1003, 83.

Kim discloses that the STA includes a processor implemented in a physical layer and/or a MAC layer and connected to a transceiver.  SAMSUNG-1014, [0237], FIG. 26.  Notably, Kim describes that the processor can "perform the above-described UL MU scheduling procedure," which involves responding to a trigger frame for uplink multi-user transmission.  *Id.*, [0131], [0133], [0237].  This UL MU procedure includes parsing and interpreting fields within the trigger frame (e.g., user-specific information including AID12, RU allocation, and MCS) and orchestrating uplink transmissions in response—activities that a POSITA would associate with MAC/PHY processing and station control.  SAMSUNG-1003, ¶84.

These are precisely the types of functionalities the '186 Patent attributes to the claimed processor—namely, processing received frames and controlling the station.  A POSITA would therefore understand that Kim's disclosure of a processor, in combination with its integration into the MAC/PHY layers and participation in coordinated uplink procedures, is functionally equivalent to the processor described in the '186 Patent and renders such a processor obvious. SAMSUNG-1003, ¶85.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## FIG. 26



SAMSUNG-1014, FIG. 26

## FIG. 16



SAMSUNG-1014, FIG. 16

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

### *[1.3]*

*a trigger frame indicating uplink transmission of one or more terminals*

The '186 Patent describes that "[t]he trigger frame indicates the start point of the multi-user uplink transmission and may indicate information on the channel or sub-channel allocated to each uplink transmission STA." SAMSUNG-1001, 17:32-35.

Kim teaches a trigger frame that includes uplink (UL) multi-user (MU) allocation information, where "the UL MU allocation information may include at least one of resource locations and sizes, STA IDs or reception STA addresses, and MCSs and MU types (MIMO, OFDMA, etc.)." SAMSUNG-1014, [0132]. Kim further explains that the User Information field of the trigger frame may include, among other things, an AID 12 subfield, a Resource Unit (RU) Allocation subfield, and an MCS subfield, which together specify the identity of a terminal and its corresponding uplink transmission parameters. SAMSUNG-1014, [0138]; SAMSUNG-1003, ¶¶86-87.

Accordingly, Kim discloses a trigger frame that not only initiates uplink transmission but also conveys information specific to the uplink transmission of one or more terminals, consistent with the claimed trigger frame indicating uplink transmission of one or more terminals. SAMSUNG-1003, ¶88.

22

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

*receiving, through the transceiver, a trigger frame*

Kim teaches a process in which a STA receives, from the AP, a trigger frame that includes UL MU allocation information described above.  SAMSUNG-1014, [0131]-[0132], FIG. 16; SAMSUNG-1003, 88.

## FIG. 16



SAMSUNG-1014, FIG. 16

*[1.4]*

Kim teaches that the trigger frame may include "one or more Per **User Information (Info) fields**," where "the **User Information field** may include at least one of **an AID 12 subfield**."  SAMSUNG-1014, [0136], [0138], FIG. 17.

Accordingly, Kim teaches that the trigger frame includes an association identifier

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

(AID) field.  SAMSUNG-1003, ¶89.

## FIG. 17



(a) Trigger frame

SAMSUNG-1014, FIG. 17(a)



(c) User Info field of Trigger frame

SAMSUNG-1014, FIG. 17(c)

*[1.5]*

Kim teaches that "[t]he STAs may **transmit a UL data frame** using a HE trigger based PPDU format after SIFS **from a PPDU including the trigger frame**," thereby describing a process in which receipt of a trigger frame causes a corresponding STA to perform uplink transmission of a UL data frame. SAMSUNG-1014, [0133], FIG. 16.  Accordingly, the STA performs uplink transmission of a UL data frame in response to the trigger frame, consistent with the claimed feature of "perform, through the transceiver, an uplink transmission in response to the trigger frame."  SAMSUNG-1003, ¶92.

24

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## FIG. 16



SAMSUNG-1014, FIG. 16

*[1.6]*

Kim teaches that certain reserved values of the AID 12 subfield convey specific frame structure information.  In particular, when the AID 12 subfield is set to 4095, Kim discloses that this value "may indicate that the Padding field starts in the trigger frame."  SAMSUNG-1014, [0138].  Thus, Kim teaches that whether or not the first padding field is included in the frame is identified by the value of the AID field, as a particular AID value (i.e., 4095) signals the beginning of the padding field.  Accordingly, Kim teaches the claimed feature of "wherein the AID field is used to identify whether the trigger frame includes a padding field to which padding is applied."  SAMSUNG-1003, ¶¶90-91.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

# FIG. 17



SAMSUNG-1014, FIG. 17

*[1.7]*

As described above, Kim describes that, when the AID 12 subfield is **set to 4095**, this value "may indicate that **the Padding field starts in the trigger frame**." SAMSUNG-1014, [0138], [0139], [0143]; *see supra*, [1.6]. This teaches

26

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

that the AID field (specifically, the AID 12 subfield) is set to a specific value—

4095—when the trigger frame includes a padding field.  Accordingly, Kim teaches

the claimed feature of "wherein the trigger frame further includes the padding field

when the AID field is set to a specific value."  SAMSUNG-1003, ¶¶90-91.

## *[2]*

Kim teaches that "[t]he Padding field extends the length of the trigger

frame so that a recipient STA may be allowed to prepare for an SIFS response

after receipt of the trigger frame."  SAMSUNG-1014, [0139].  This disclosure

describes the claimed feature that "a duration of the padding field is set based

on a time needed for the one or more terminals to process the trigger frame."

SAMSUNG-1003, ¶93.

A POSITA would understand that, in the context of uplink (UL) multi-

user (MU) transmission, "preparation" for an SIFS response entails processing

the received trigger frame.  Kim describes that UL MU transmission begins

when an AP transmits a trigger frame to a plurality of STAs (e.g., STA1 to

STA4). SAMSUNG-1014, [0131].  The trigger frame includes uplink allocation

information—including resource locations, sizes, STA IDs, MCSs, and MU

transmission types (e.g., MIMO or OFDMA)—which the receiving STAs must

interpret to determine their transmission responsibilities.  SAMSUNG-1014,

[0132]; SAMSUNG-1003, ¶94.

27

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

First, upon receiving the trigger frame, each STA decodes the trigger frame to obtain its scheduling information. SAMSUNG-1014, [0131]-[0132]; SAMSUNG-1003, ¶95.

Second, each STA extracts its respective UL MU allocation information from the User Information field in the trigger frame. As Kim explains, the User Information field includes the AID12 subfield (identifying the receiving STA), the RU Allocation subfield, the MCS subfield, and other parameters necessary to configure the STA's transmission. SAMSUNG-1014, [0138]. This confirms that each STA extracts multiple configuration parameters to participate in the coordinated UL MU transmission. SAMSUNG-1003, ¶95.

Third, after extracting these parameters, each STA configures its own transmission accordingly. Kim teaches that each STA uses the HE trigger-based PPDU format for its response, which involves setting up its MAC and PHY layers based on the extracted information. SAMSUNG-1014, [0133]; SAMSUNG-1003, ¶96.

Fourth, Kim describes that each STA transmits its UL PPDU after a SIFS interval from the trigger frame, confirming that there is an expectation of immediate readiness to transmit. SAMSUNG-1014, [0133]. This timing requirement discloses that the STA completes all preparatory steps—including decoding, parameter extraction, and hardware configuration—within the short

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

SIFS period.  SAMSUNG-1003, ¶¶96-97.

Accordingly, Kim teaches each of the steps comprising "preparation" for UL MU response.  A POSITA would understand that preparation includes decoding the trigger frame, extracting scheduling and transmission parameters, configuring the STA's transmitter, and ensuring MAC and PHY readiness, all within the timing constraints of the UL MU protocol.  These disclosures support the claimed relationship between processing the trigger frame and preparing for uplink response.  SAMSUNG-1003, ¶¶97-98.

Thus, when Kim states that padding is included "so that a recipient STA may be allowed to prepare for an SIFS response," this is, from a technical perspective, **equivalent** to allocating sufficient time for processing the received trigger frame.  Moreover, Kim links the purpose of the padding field to the time required by the STA for this preparation.  SAMSUNG-1014, [0139].  For example, (i) if less time were needed, less padding would suffice and, (ii) if more time were needed, additional padding would be required.  Accordingly, the duration of the padding field reflects the processing time needed by the STA.  SAMSUNG-1003, ¶¶97-98.

While Kim describes the concept with reference to a single "recipient STA," the trigger frame is broadcast to multiple STAs (e.g., STA1 to STA4) in the UL MU context, and the padding duration is set to accommodate the STA

29

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

that requires the longest processing time. SAMSUNG-1014, [0131]-[0133], [0138], and [0139]. A POSITA would have understood that the padding field accounts for the time needed by all of the indicated STAs to process the trigger frame and prepare for a synchronized SIFS response. SAMSUNG-1003, ¶¶99-101. Therefore, the padding duration is based on the time needed by the one or more terminals addressed in the trigger frame. *Id*.

Therefore, Kim discloses the claimed feature of "wherein a duration of the padding field is set based on a time needed for the one or more terminals to process the trigger frame." A POSITA would recognize that Kim's padding field is functionally tied to the STA's processing needs and is specifically included to ensure the STA is ready to respond after SIFS, rendering obvious the claimed limitation. SAMSUNG-1003, ¶102.

*[3]*

Kim discloses that a **Padding field** is located **before** a **Frame Check Sequence (FCS) field** within the trigger frame. SAMSUNG-1014, [0109], [0136], FIGS. 10, 17; SAMUSNG-1003, ¶103.

**FIG. 17**



(a) Trigger frame

SAMSUNG-1014, FIG. 17

30

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## *[4]*

As described above, Kim teaches that, when the AID 12 subfield is **set to 4095**, this value "may indicate that **the Padding field starts in the trigger frame**." SAMSUNG-1014, [0138]; *see supra*, [1.7]. Thus, Kim's AID 12 subfield indicates the start of the Padding field, when the AID 12 subfield is set to 4095. SAMUSNG-1003, ¶90.

## *[5]*

As an initial matter, base claims 1 and 4 recite that "the AID field is set to the specific value" and that "trigger frame further includes the padding field when the AID field is set to the specific value." SAMSUNG-1001, claims 1 and 4. While claim 5 introduces the term "predetermined AID field information," the claim itself links this information to a specific bit pattern in the AID field and further describes it as "duplicated bit information." SAMSUNG-1003, ¶¶104-105.

The '186 Patent describes that "the duplicated AID information may be inserted before the FCS field of the trigger frame," and that "the trigger frame may include AID information of the STA assigned to each channel." SAMSUNG-1001, 20:6-9, 20:19-22. Thus, the '186 Patent suggests that AID information can be actively repeated or inserted in multiple locations within the frame, consistent with the notion of "duplicated bit information." SAMSUNG-

31

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

1003, ¶¶104-105.

Kim discloses that an AID field within the User Information field of a trigger frame is set to 4095 to indicate the start of the padding in the trigger frame. SAMSUNG-1014, [0138]-[0143]. This value 4095 corresponds to twelve binary 1s (i.e., 111111111111), filling the entire 12-bit AID field. While this results in a repeated bit pattern, Kim also explains that this particular AID value is intentionally reused across multiple frames to signal control-related behavior (e.g., padding), rather than to identify any particular station. *Id*.

This reuse of a known AID control value for signaling purposes teaches duplicating bit information, which is deliberately replicating a bit pattern across fields to trigger a response in the receiving terminal. SAMSUNG-1003, ¶¶106-107. It is not merely an incidental result of the value chosen, but rather part of a designed signaling mechanism involving a known, repeated bit pattern. *Id*.

Accordingly, Kim discloses or renders obvious the use of a predetermined AID value (4095) including duplicated bits, a pattern that is repeated intentionally and used to convey control information (e.g., padding behavior). This disclosure teaches or renders obvious the claimed feature of "wherein the predetermined AID field information is duplicated bit information in an AID field." SAMSUNG-1003, ¶108.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## *[6]*

Kim teaches that "the Padding field has a length of two octets or longer which are set to **all 1s**." SAMSUNG-1014, [0139]. This indicates that the padding in the trigger frame is constructed by repeatedly setting each bit position in the Padding field to the same predetermined value—i.e., binary '1.' Rather than simply resulting in any uniform bit pattern, the construction of the Padding field involves deliberately copying a known bit value (1) across multiple positions to form the field. *Id.*

Accordingly, Kim discloses a mechanism in which padding is applied in the trigger frame by using duplicated information, where the "duplicated information" corresponds to the repeated application of the same bit value in each octet of the Padding field. This use of an identical bit value copied into each location of the field aligns with the plain meaning of the claim feature "wherein the padding is applied in the trigger frame by using duplicated information." SAMSUNG-1003, ¶¶109-112.

## *[7]*

Claim 7 of the '186 Patent depends from claim 6 and recites that "the padding is applied in the trigger frame by duplicating the predetermined AID field information." SAMSUNG-1001, claims 6 and 7. Although base claims 1 and 6 do **not** recite "the predetermined AID field information," this phrase

33

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

refers to a known AID value that triggers inclusion of padding, such as the specific AID value described in Kim (4095).  *See supra*, [5].

Kim teaches both the specific value and reuse of that value in the padding field.  In particular, Kim describes that the AID 12 field may be set to a specific value—4095—to signal the start of padding in the trigger frame.  SAMSUNG-1014, [0138]-[0143].  The value 4095 is represented in binary as twelve consecutive 1s (i.e., 111111111111), filling the 12-bit AID field with a uniform and predetermined bit pattern.

Kim further explains that padding bits in the trigger frame is filled with a predetermined value of 1.  SAMSUNG-1014, [0139].  In particular Kim indicates that the trigger frame may include one or more Per User Information fields and a Padding field, and that both the Trigger-Dependent Per User Info subfield and the Padding field are of variable length.  SAMSUNG-1014, [0136]-[0139], FIG. 17.  This structural flexibility allows for the padding field to contain one or more 12-bit segments filled with 1s—corresponding to the AID 12 field value of 4095.

Accordingly, a POSITA would have understood that the padding is applied by duplicating the entire 12-bit predetermined AID field value (i.e., 4095 = 111111111111).  The uniform bit pattern (all 1s) in both the AID 12 subfield and the padding field, coupled with the ability to construct the padding field in

34

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

multiples of 12 bits, teaches or renders obvious that the padding is implemented

through duplication of the full AID 12 field value.  SAMSUNG-1003, ¶¶109-112.

Thus, Kim discloses or at least renders obvious the claim feature of "wherein

the padding is applied in the trigger frame by duplicating the predetermined AID

field information."  The same 12-bit sequence (111111111111) is used first to

signal the start of the padding field and then duplicated within the padding itself,

rendering obvious the claimed requirement.  A POSITA would have recognized

this reuse of the identical bit pattern as fulfilling the claimed functionality.

SAMSUNG-1003, ¶¶109-112.

### *[8.1]*

Claim 8 depends from claim 1, and thus the "uplink transmission" recited

in claim 5 refers to the same uplink transmission indicated by the trigger frame

in which the padding field is included.  *See supra*, [1.3].  However, the '186

Patent does not describe any specific process by which a terminal generates an

uplink packet in response to a trigger frame that includes a padding field.  The

relevant portion of the specification only discusses that "a predetermined

padding may be performed before a Frame Check Sequence (FCS) field of the

trigger frame" and that this padding allows STAs to "acquire additional

processing time to participate in the multi-user simultaneous transmission."

SAMSUNG-1001, 20:10-18.  While this suggests that the padding provides

extra time, it does not describe how the terminal generates the corresponding uplink packet in response.  SAMSUNG-1003, ¶113.

By contrast, Kim discloses that each STA receiving the trigger frame generates and transmits an uplink packet in response.  Specifically, Kim explains that "the STAs may transmit a UL data frame using a HE trigger based PPDU format after SIFS from a PPDU including the trigger frame."  SAMSUNG-1014, [0133].  The uplink packet—the HE trigger-based PPDU—is thus generated by the STA in direct response to receiving the trigger frame.  SAMSUNG-1003, ¶¶114-117.

Moreover, Kim's trigger frame includes information that enables the terminal to determine transmission timing and configuration, such as resource allocation and a designated transmission duration.  SAMSUNG-1014, [0136]-[0138].  This shows that the uplink packet is not pre-formed or arbitrary, but is instead generated by the STA to conform to the instructions in the trigger frame.  SAMSUNG-1003, ¶¶114-117.

Accordingly, a POSITA would understand that Kim teaches generating an uplink packet in response to a trigger frame—thereby disclosing or at least rending obvious generating an uplink packet to perform the uplink transmission.  SAMSUNG-1003, ¶¶114-117.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

### *[8.2]*

As discussed above, Kim teaches that a STA transmits, to the AP, a UL

data frame after SIFS from a PPDU including the trigger frame. SAMSUNG-

1014, [0133]; *see supra* [1.5], [8.1]; SAMSUNG-1003, ¶¶114-117.

### *[8.3]*

Kim teaches that the STAs transmit uplink data using a High Efficiency

(HE) trigger-based PPDU format after a SIFS from receiving a trigger frame.

SAMSUNG-1014, [0133].  These uplink transmissions occur in response to a

common trigger frame received by multiple STAs.  In particular, Kim discloses

that this trigger frame includes a Length subfield, which "indicates the L-SIG

length of a HE trigger-based PPDU (e.g., UL MU PPDU)."  *Id*., [0137].  That

is, the trigger frame defines a target duration for the uplink transmissions.

Kim further explains that the "data field [of the PPDU] may also include

padding bits as necessary," and that such padding "may be used to adjust the

length of the data field to a predetermined unit."  SAMSUNG-1014, [0108].  In

the context of Kim's disclosure, the "predetermined unit" corresponds to the

common length specified in the trigger frame's Length subfield.  *Id*., [0137].

Because each STA aligns its transmission with this **designated length**, the

inclusion of padding becomes necessary whenever the actual data payload is

insufficient to fill the full duration.  SAMSUNG-1003, ¶¶114-117.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

Accordingly, a POSITA would have understood that padding is applied to the uplink packet, the HE trigger-based PPDU generated in response to the trigger frame, for the purpose of terminating the STA's transmission at the designated time indicated in the Length field. The padding ensures that all uplink transmissions initiated by the same trigger frame end concurrently, where multiple STAs transmit within a coordinated uplink window. SAMSUNG-1014, FIG. 16; SAMSUNG-1003, ¶¶114-117.

Thus, Kim teaches or at least renders obvious the claimed feature of "wherein a padding is applied to the uplink packet to terminate the uplink transmission at a designated time." The padding is applied within the uplink PPDU in accordance with the transmission duration specified in the trigger frame. SAMSUNG-1003, ¶¶114-117.

## FIG. 16



SAMSUNG-1014, FIG. 16

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

*[9]*

As an initial matter, the '186 Patent discusses the assignment of AID values to terminals and their use in frames, but nowhere does it explain or imply that a particular AID value is chosen based on the number of user information fields.  Rather, the AID is tied to terminal identity and frame structure, not quantity of user information.  SAMSUNG-1001, 20:6-7.  To the extent that this phrase is intended to refer to the number of User Information fields in a trigger frame—each corresponding to a respective STA—a POSITA may interpret it in that manner based on general understanding of trigger frame structures.  But that understanding would be drawn primarily from extrinsic sources or prior art such as Kim, rather than from any clear guidance in the intrinsic record.  SAMSUNG-1003, ¶118.

In that context, Kim teaches that a specific AID 12 field value of 4095 is used to indicate the start of the Padding field in the trigger frame.  SAMSUNG-1014, [0138].  Kim further discloses that the AID 12 field is set to 4095 only after all user-specific entries (i.e., User Information fields) have been included.  *Id*.  Thus, the placement of the AID value 4095 does not occur arbitrarily.  Instead, it appears immediately after the last User Information field.  A POSITA would understand from this disclosure that the setting of the AID field to the specific value (4095) is dependent on how many User Information fields

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

are present in the frame.  SAMSUNG-1003, ¶¶119-120.

For example, when the number of scheduled STAs is such that the trigger frame does not fully occupy the allocated length, padding is inserted to fill the remaining space, and the AID field is set to 4095 to signal the start of this padding region.  Conversely, if the frame is filled entirely with User Information fields—e.g., reaching a maximum possible number of entries—then no padding is required, and the AID field would not be set to 4095.  This conditional usage establishes a functional link between the number of user fields and the use of the specific AID value.  SAMSUNG-1003, ¶¶120-121.

Moreover, Kim explains that the Padding field adjusts the length of the data field to a predetermined unit.  SAMSUNG-1014, [0108].  A POSITA would understand that while the padding size may vary, its inclusion is dictated by how many User Information entries are present.  *Id.*, [0136], [0138], FIG. 17.  The AID field set to 4095 acts as a marker that padding is now required, and its appearance is conditioned on the number of User Information entries.  SAMSUNG-1003, ¶122.

Accordingly, Kim not only teaches setting the AID field to a specific value (4095), but also that this value is used in response to the number of User Information fields in the frame.  Thus, Kim discloses or at least renders obvious the claimed feature of "the AID field is set to the specific value according to the

40

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

number of user information for the one or more terminal." SAMSUNG-1003, ¶123.

### [10]

As described above, Kim discloses that "the Padding field has a length of two octets or longer which are set to all 1s." SAMSUNG-1014, [0139]; *see supra*, [5]-[7]. This indicates that the padding in the trigger frame is constructed by repeating the specific value—i.e., binary '1'—across the entire length of the Padding field. In other words, the padding is formed by repeating a specific bit value (1) throughout the field. SAMSUNG-1003, ¶¶109-112.

### *Claims 11-18*

The below claims are rendered obvious for similar reasons as discussed in the analysis for the corresponding claim listed in the table below.

| Claim | Corresponding Claim |
|-------|---------------------|
| 11Pre | 1Pre |
| 11.1 | 1.3 |
| 11.2 | 1.4 |
| 11.3 | 1.5 |
| 11.4 | 1.6 |
| 11.5 | 1.7 |
| 12 | 2 |

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

| Claim | Corresponding Claim |
|-------|---------------------|
| 13 | 3 |
| 14 | 4 |
| 15 | 5 |
| 16 | 6 |
| 17 | 7 |
| 18.1 | 8.1 |
| 18.2 | 8.2 |
| 18.3 | 8.3 |

### B.    [GROUND 2] – Chu-Choi renders claims 1-18 obvious

### 1.    Overview of Chu

Chu[4] discloses a process in which a plurality of client stations 25 receive, from the access point (AP) 14, an uplink scheduling frame 902 including OFDMA uplink scheduling information to be used for transmission of an uplink OFDMA data unit.  SAMSUNG-1015, [0090], FIGS. 9A, 9B, 10A, 10B.  The uplink scheduling frame 902 includes an OFDMA uplink scheduling element 750 that

---

[4] As used herein, Chu (or Chu '517) refers to U.S. Patent Application Publication No. 2015/0311517.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

includes a station identifier subfield 756 (AID). *Id.*, [0079], [0090], FIG. 7B. In response to the received uplink scheduling frame 902, "the plurality of client stations 25 transmit respective OFDM data unit 906 that collectively form an OFDMA data unit 904 to the AP 14." SAMSUNG-1015, [0093]; SAMSUNG-1003, ¶¶124-125.



FIG. 7B

SAMSUNG-1015, FIG. 7B



FIG. 9A

SAMSUNG-1015, FIG. 9A

43

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

### 2.    Overview of Choi

Choi discloses a method in which a station (STA) receives a frame from an access point (AP), where the frame includes a traffic indication map (TIM) element.  SAMSUNG-1016, [0007].  The TIM element includes "one or more Association Identifier (ΔAID) Differential Value fields and a field following the one or more ΔAID fields indicates end of the one block."  *Id*.  In particular, Choi teaches that a ΔAID field set to a specific reserved value—such as 11—functions as a delimiter or marker indicating a termination state.  *Id.*, [0213].  This value is used to signal the beginning of padding that follows the actual ΔAID values within the TIM element.  *Id.*, [0214].  For example, Choi explains that, when the ΔAID field is set to 11, it identifies the start of padding bits, effectively distinguishing meaningful ΔAID data from appended non-data padding within the frame. SAMSUNG-1016, [0213], [0214], FIG. 22; SAMSUNG-1003, ¶¶145-147.



FIG. 22

SAMSUNG-1016, FIG. 22

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

### 3. Combination

It would have been obvious to a POSITA to incorporate Choi's padding mechanism—specifically, the use of a specific AID field value to indicate the presence of padding bits—into the trigger frame structure disclosed in Chu, in order to facilitate uplink transmission coordination in a multi-user environment.

Chu discloses the use of a frame to initiate uplink Orthogonal Frequency Division Multiple Access (OFDMA) transmissions from multiple client devices, whereby each device transmits data over a sub-channel allocated by the AP. SAMSUNG-1015, [0042]. Chu describes that the frame "includes one or more padding bits at the end of the scheduling frame 902 to provide sufficient time for the client stations 25 to prepare for uplink transmission based on the uplink scheduling information provided by the scheduling frame 902." SAMSUNG-1015, [0093]; SAMSUNG-1003, ¶¶148-149.

While Chu mentions the presence of padding bits to allow for processing time, it does not describe how these padding bits are implemented or identified within the scheduling frame. In particular, Chu is silent as to any indication, flag, or marker that distinguishes the padding portion of the frame from other fields. It provides no detail on how the receiving client station would know which bits correspond to padding versus meaningful scheduling content.

This lack of specificity creates an implementation gap. In practical multi-

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

user systems, where frame parsing is to be fast and accurate, the ability to distinguish padding from data or control information is beneficial for reliable operation. A POSITA, encountering this absence of guidance in Chu, would have recognized the need for additional implementation details to operationalize Chu's contemplated padding feature in a robust manner. SAMSUNG-1003, ¶¶149-153.

Accordingly, the POSITA would have been motivated to consult other references that provide practical mechanisms for padding identification. Choi would have been an obvious choice for such purposes, as it addresses this issue. SAMSUNG-1003, ¶¶149-153.

Choi discloses using a specific value in the AID (ΔAID) field to signal the start of padding within a frame. In particular, Choi teaches that, when the ΔAID field is set to a certain reserved value (e.g., 11), it serves as a marker that the subsequent bits are padding, used to fill out the remaining octets of the frame. SAMSUNG-1016, [0007], [0214], [0214]. This allows the receiver to distinguish meaningful data from padding, simplifying frame parsing and ensuring proper interpretation. SAMSUNG-1003, ¶150.

Choi emphasizes the importance of such signaling for managing frame alignment and decoding, particularly in systems with variable-length fields. SAMSUNG-1016, [0005], [0024], [0231] [0239]. SAMSUNG-1003, ¶150.

Both Chu and Choi recognize the utility of padding to manage timing,

synchronization and processing overhead.  Chu uses padding to give client stations sufficient time to prepare for uplink transmission, while Choi highlights padding as a tool for maintaining octet alignment and supporting reliable decoding. SAMSUNG-1015, [0093]; SAMSUNG-1016, [0024], [0184]; SAMSUNG-1003, ¶151.

A POSITA would have had a reasonable expectation of success in incorporating Choi's padding signaling mechanism into Chu's scheduling frame. Both references are directed to similar systems—multi-user wireless uplink environments using scheduled transmissions—and share the common goal of efficient and reliable coordination among client devices.  SAMSUNG-1015, Abstract, [0002], [0042], [0090]-[0095]; SAMSUNG-1016, Abstract, [0001], [0003]-[0005], [0159]; SAMSUNG-1003, ¶¶150-156.

The mechanism disclosed in Choi is self-contained, using reserved values in existing fields (AID or ΔAID) to signal padding boundaries.  SAMSUNG-1016, [0214].  This approach is modular and does not require fundamental changes to the underlying frame structure, making it easily portable to Chu's scheduling frame. Moreover, it provides the type of feature that Chu omits—an implementation detail that facilitates padding recognition and reliable decoding.  SAMSUNG-1003, ¶¶150-156.

The combination would have resulted in predictable benefits such as (i)

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

improved parsing efficiency, (ii) enhanced synchronization, and (iii) reduced likelihood of misinterpreting padding as data. Incorporating Choi's padding signaling technique into Chu's frame structure would have been an obvious design choice for a POSITA, as it applies a known solution (Choi's use of a specific field value to indicate padding) to address a known problem (Chu's lack of detail regarding padding implementation) in a related context (multi-user wireless scheduling). *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 417 (2007); SAMSUNG-1003, ¶¶150-156.

In sum, Chu describes padding conceptually but fails to explain how to implement or signal it. Choi provides that missing detail through its use of specific AID values to mark padding regions. A POSITA would have recognized this synergy and been motivated to combine these teachings to produce a more robust and reliable scheduling frame. SAMSUNG-1003, ¶¶148-156. The result would have been a predictable improvement in MU uplink scheduling, one well within the routine design capabilities of a POSITA. *Id.*

48

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186



SAMSUNG-1015, FIG. 7B (as modified by Choi)

### 4.    Analysis

*[1.pre]*

As an initial matter, the '186 Patent does not define a "wireless communication terminal," but instead describes a "station (STA) [that] is a predetermined device including medium access control (MAC) following a regulation of **an IEEE 802.11 standard** and a physical layer interface for a wireless medium."  SAMSUNG-1001, 5:47-50.

To the extent the preamble is limiting, Chu discloses that its client stations meet this description.  Specifically, Chu describes client stations configured to operate according to a "high efficiency WLAN" (HEW) communication protocol—i.e., the IEEE 802.11ax standard—which supports OFDMA-based communication and includes a MAC layer and a physical interface for wireless media.  SAMSUNG-1015, [0043], [0044], FIG. 1.  These client stations are configured to interact with an access point (AP) using HEW, and in some

49

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

embodiments, also support legacy protocols such as IEEE 802.11a/n/ac. *Id.* Thus,

Chu's client stations satisfy the characteristics of a "wireless communication

terminal" contemplated by the '186 Patent, including compliance with IEEE

802.11 standards and the MAC and PHY components for wireless communication.

SAMSUNG-1003, ¶126.



SAMSUNG-1015, FIG. 1

### [1.1]

The '186 Patent describes a transceiver that "transmits and receives a

wireless signal such as a wireless LAN packet" and may include "transmit/receive

modules having different frequency bands." SAMSUNG-1001, 6:40-41, 6:45-47.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

A POSITA would understand that Chu's client stations include a similar transceiver structure. Specifically, Chu discloses that client station 25-1 includes a physical layer (PHY) processing unit 29 comprising a plurality of transceivers 30, which are coupled to antennas 34 and interface with a MAC processing unit and a host processor. SAMSUNG-1015, [0047], FIG. 1. The presence of multiple transceivers in the PHY layer of the client station corresponds to the transceiver architecture described in the '186 Patent. SAMSUNG-1003, ¶127.



SAMSUNG-1015, FIG. 1

51

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

*[1.2]*

As described above, the '186 Patent describes a processor that broadly encompasses functions such as MAC/PHY layer processing and coordinating responses to received frames, which are standard in wireless communication systems. *See supra*, §III.A.2.[1.2].

Chu discloses that client station 25-1 includes a host processor 26 that is coupled to a network interface 27. SAMSUNG-1015, [0047], FIG. 1. The network interface includes a MAC processing unit 28 and a PHY processing unit 29, which together enable the client station to receive and respond to control and data frames, including scheduling frames for OFDMA uplink transmissions. SAMSUNG-1015, [0047], FIG. 1; SAMSUNG-1003, ¶128.

Furthermore, Chu provides a detailed example in FIG. 9A and accompanying discussion, where a client station receives a scheduling frame and transmits data in response. SAMSUNG-1015, [0090]-[0094], FIG. 9A. These functionalities—receiving the scheduling frame, interpreting subchannel allocation, and triggering uplink transmission—are coordinated actions involving MAC/PHY operations and overall device control, which are performed by or under the direction of the host processor. SAMSUNG-1003, ¶129.

Thus, Chu's host processor 26 performs the same kind of frame processing and station control described as being performed by the '186 Patent's processor. A

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

POSITA would recognize that Chu's disclosure of a host processor, MAC/PHY

units, and corresponding operational context satisfies the claimed processor

functionality in the '186 Patent and renders such a processor obvious.

SAMSUNG-1003, ¶¶128-130.



SAMSUNG-1015, FIG. 1

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186



**FIG. 9A**

SAMSUNG-1015, FIG. 9A

## *[1.3]*

### *a trigger frame indicating uplink transmission of one or more terminals*

The '186 Patent describes that "[t]he trigger frame indicates the start point of the multi-user uplink transmission and may indicate information on the channel or sub-channel allocated to each uplink transmission STA." SAMSUNG-1001, 17:32-35.

Chu teaches an uplink scheduling frame 902 that includes OFDMA uplink scheduling information used for coordinating the transmission of an uplink OFDMA data unit 904. SAMSUNG-1015, [0090], [0096], [0098]. For example, Chu explains that each STA begins transmission at time t2, which occurs after a

54

predetermined time interval (e.g., a SIFS or longer delay) following receipt of the scheduling frame 902.  *Id.*, [0093], [0097], [0099].  This behavior mirrors the '186 patent's description of STAs initiating uplink transmission after a predefined interval from a trigger frame, thereby treating the scheduling frame as a functional equivalent of a trigger frame.  SAMSUNG-1003, ¶131.

Furthermore, Chu teaches that "the scheduling frame 902 indicates respective sub-channels allocated for uplink OFDMA transmission by three client stations STA1, STA2, and STA3," which is consistent with the '186 Patent's disclosure that the trigger frame includes information specifying the sub-channel or channel allocated to each STA.  SAMSUNG-1015, [0092], [0096], [0099].  Additionally, by establishing a synchronized transmission start point for multiple STAs following a delay from the scheduling frame, Chu effectively treats the scheduling frame as defining the start point of the multi-user uplink transmission, as indicated by the '186 Patent's trigger frame.  Accordingly, a POSITA would recognize that Chu's scheduling frame performs the same functions attributed to the trigger frame in the '186 Patent.  SAMSUNG-1003, ¶132.

*receiving, through the transceiver, a trigger frame*

Chu teaches a process in which a client station receives, from the AP 14, the uplink scheduling frame 902 described above.  SAMSUNG-1015, [0090], [0096], [0098], FIGS. 9A, 9B, 10A, 10B; SAMSUNG-1003, ¶¶131-132.

55

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186



FIG. 9A

SAMSUNG-1015, FIG. 9A

*[1.4]*

Chu teaches that the OFDMA uplink scheduling element 750, which is included in the uplink scheduling frame 902, includes a station identifier subfield (AID) 756. SAMSUNG-1015, [0079], [0090], [0098], FIG. 7B. In particular, Chu describes that "the station identifier subfields 756, a channel subfields 758 and a bandwidth subfields 760 are the same as or similar to the station identifier subfields 706," where "[t]he channel identifier subfield 706 includes an identifier, such as an AID or a partial AID, corresponding to a client station 25." SAMSUNG-1015, [0076], [0079]; SAMSUNG-1003, ¶133.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186



FIG. 7B

SAMSUNG-1015, FIG. 7B

**[1.5]**

Chu teaches that the client station performs uplink transmissions to the AP in response to an uplink scheduling frame 902. Specifically, Chu discloses that, "during a time t1, the AP 14 transmits an uplink scheduling frame 902 to a plurality of client stations 25," where the scheduling frame includes OFDMA uplink scheduling information to coordinate the multi-user uplink transmission. SAMSUNG-1015, [0090].

In this regard, Chu describes the temporal behavior that follows the scheduling frame transmission. Specifically, Chu discloses that, "during a time t2, the plurality of client stations 25 **transmit respective OFDM data unit 906 that collectively form an OFDMA data unit 904** to the AP 14." SAMSUNG-1015, [0093]. Each STA begins its transmission at time t2, which starts "upon expiration of a predetermined time interval, such as for example a time interval corresponding

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

to a short inter-frame space (SIFS), after completion of reception of the scheduling frame 902." *Id*. This structure—where client devices initiate uplink transmission after a known and fixed delay from receiving a frame containing scheduling and resource allocation information—is consistent with the claim feature that a wireless terminal performs an uplink transmission "in response to the trigger frame." SAMSUNG-1003, ¶¶134-135.

Chu further discusses mechanisms to ensure the client stations have adequate time to process the scheduling frame and prepare their transmissions. For example, Chu notes that "padding bits" may be included in the scheduling frame to provide this processing time, and that the PHY preamble indicates the total frame length (including padding), which further supports coordination and deterministic timing for the uplink transmission. SAMSUNG-1015, [0093].

Thus, Chu teaches that the client station (via its transceiver) performs uplink transmissions in response to a frame (i.e., the scheduling frame 902) that (i) includes sub-channel allocations, (ii) marks the start of a multi-user uplink transmission window, and (iii) is followed by client uplink transmissions after a known time interval (e.g., SIFS). Accordingly, a POSITA would have understood that Chu discloses the claimed feature of "perform[ing], through the transceiver, an uplink transmission in response to the trigger frame," where the scheduling frame 902 in Chu operates as the trigger frame described in the '186 Patent.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

SAMSUNG-1003, ¶¶134-137.



SAMSUNG-1015, FIG. 9A

### [1.6]

As described above, Chu describes that the uplink scheduling frame 902 may include padding to allow client stations additional processing time before uplink transmission.  SAMSUNG-1015, [0093]; *see supra*, §III.B.3.

Choi teaches that the STA, upon decoding the partial virtual bitmap, can identify a termination state—specifically through a particular ΔAID value—and thereby recognize that padding follows the valid ΔAID values.  SAMSUNG-1016,

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

[0214], [0231].  This aligns with the claimed feature of "wherein the AID field is used to identify whether the trigger frame includes a padding field to which padding is applied," because the specific value in the ΔAID field serves as an indicator that signals the presence of padding.  SAMSUNG-1003, ¶¶157-159.

To the extent Patent Owner argues that Choi discloses the "11" value as part of the "remaining bits," not part of a formal AID field, this does **not** preclude it from functioning as part of the AID field in practice.  SAMSUNG-1016, FIG. 22. In fact, Choi teaches that the termination value in the ΔAID sequence is interpreted by the STA in the same manner as a candidate AID, and the STA performs decoding logic accordingly.  *Id.*, [0213], [0214].

A POSITA would understand that the field containing ΔAID values is structurally and functionally derived from the AID space, and that it is interpreted by the STA as an AID differential field, even if it encodes special signaling (such as a termination or padding indicator).  As such, the field retains the identity of an AID-based construct, and its use in identifying the presence of padding aligns with the plain meaning of "the AID field is used to identify."  SAMSUNG-1003, ¶160.

Moreover, even if the specific value (e.g., 11) is not an assignable AID per se, a POSITA would recognize that the broader field that includes the ΔAID subfields could be considered the AID field for purposes of implementation and interpretation—especially since it carries compressed AID-related information.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

For example, the AID field encompasses the full octet range, and the ΔAID entries represent sub-encodings within this field. From this perspective, the AID field itself is multi-functional, encoding **both** real AID references and padding indication, thereby satisfying the claim limitation. SAMSUNG-1003, ¶¶157-162.

Thus, while the "11" may be used to indicate the start of padding, its interpretation still derives from and resides within the logical scope of the AID field. The STA is not merely reading bits arbitrarily—it is evaluating them as if they are valid AID or ΔAID entries and responding when a predetermined value signals termination and padding. Thus, Choi's AID field-based padding signaling discloses that the "AID field is used to identify whether the trigger frame includes a padding field." SAMSUNG-1003, ¶¶157-162.

In combining Choi's AID field-based padding signaling techniques into Chu's frame, as explained above, a POSITA would have found it obvious to leverage Choi's use of specific AID or ΔAID values—such as a termination value like "11"—as indicators of the end of meaningful data within a bitmap or sequence field and the beginning of padding. A POSITA would recognize that incorporating such a termination mechanism into Chu's uplink scheduling frame would allow client stations to reliably determine where the useful content of the trigger frame ends and where optional padding begins. This signaling would improve synchronization across multiple STAs by standardizing the timing and

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

interpretation of frame contents, especially in a multi-user uplink context where precise alignment is beneficial.  SAMSUNG-1003, ¶¶157-162.

Further, by embedding the padding indication within a field already parsed by the STA for decoding purposes—namely, the AID field or a compressed AID bitmap—a POSITA would appreciate that no additional signaling overhead is introduced.  Instead, Choi's technique offers a lightweight and reliable way to enable variable-length structures while maintaining parsing simplicity and avoiding misinterpretation.  Applying this approach to Chu's frame structure would thus represent a straightforward design enhancement, yielding predictable and beneficial results such as improved frame alignment, decoding robustness, and processing efficiency.  SAMSUNG-1003, ¶¶157-162.

Accordingly, the proposed combination reflects the application of a known technique (AID-field-based signaling of padding) to an analogous problem in a related context (multi-user uplink coordination via trigger frames), consistent with the reasoning articulated in *KSR*.  A POSITA would have been motivated to adopt such an approach without the need for undue experimentation, recognizing the advantages of better uplink timing coordination and reduced risk of parsing or synchronization errors among participating stations.  *See supra*, §III.B.3; SAMSUNG-1003, ¶¶157-163.

62

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

FIG. 22



SAMSUNG-1016, FIG. 22

*[1.7]*

Choi teaches that, when the ΔAID field is set to a specific value (e.g., 11) to indicate a termination state, this designation corresponds to the presence of padding bits within the partial virtual bitmap of the beacon frame.  SAMSUNG-1016, [0213], [0214].  In particular, Choi describes that the ΔAID field, when set to this termination indicating value, serves as a **boundary marker** that distinguishes actual ΔAID values from the padding that follows.  *Id.*, [0214].

Such disclosure demonstrates that the presence of padding within the transmitted frame is linked to the ΔAID field being set to a **particular value**, aligning with the feature of "wherein the trigger frame further includes the padding field when the AID field is set to a specific value."  By teaching that the ΔAID

63

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

field's value determines the inclusion of padding bits in the partial virtual bitmap, Choi establishes a correspondence between the AID field setting and the existence of a padding field within the transmitted frame.

While the ΔAID field in Choi may occupy only a portion of an octet (e.g., 2 bits), a POSITA would recognize that this field is functionally a compressed representation of AID information. It operates within a broader AID-related data structure and is interpreted by the STA as part of the overall AID processing logic. Thus, even though the entire octet may not be set to the specific value, the presence of a particular subfield value (e.g., 11) is sufficient to satisfy the condition that "the AID field is set to a specific value," because it is this value—within the AID field structure—that signifies recognition of padding. SAMSUNG-1003, ¶¶157-163.

Moreover, Choi teaches that once the ΔAID field takes on this special value (e.g., 11), everything that follows is padding. SAMSUNG-1016, [0214]. In this context, the ΔAID field may be understood as a specialized or compressed AID field, and the "specific value" operates as a termination code within that field. From a functional and interpretive standpoint, this aligns with the claim limitation that the padding field is included when the AID field is set to a specific value.

Alternatively, even if the AID field is interpreted as encompassing a full octet and the ΔAID field occupies only part of that octet, a POSITA would nonetheless understand that the relevant signaling occurs when a particular

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

subfield within the AID structure is set to a specific termination value, and that this is sufficient to deterministically control whether a padding field follows.  In either reading—whether the AID field is viewed narrowly as the ΔAID segment or more broadly as a full octet containing the ΔAID field—the teaching supports the conclusion that a specific field value within the AID-related information signals the inclusion of a padding field, thereby rendering obvious the claim feature of "wherein the trigger frame further includes the padding field when the AID field is set to a specific value."  SAMSUNG-1003, ¶¶157-163.

### *[2]*

Chu teaches that "the scheduling frame 902 includes one or more padding bits at the end of the scheduling frame 902 to provide sufficient time for the client stations 25 to prepare for uplink transmission based on the uplink scheduling information provided by the scheduling frame 902."  SAMSUNG-1015, [0093].  This disclosure renders obvious the claimed feature that "a duration of the first padding field is set based on a time needed for one or more terminals to process the frame."

Chu provides context confirming that such "preparation" by client stations involves the processing of the received scheduling frame.  In particular, Chu explains that the scheduling frame 902 includes OFDMA uplink scheduling information—such as sub-channel assignments and transmission

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

durations (e.g., via the UL PPDU length field 762)—for a plurality of client stations.  SAMSUNG-1015, [0090], [0092], [0093].  Chu further describes that each client station begins uplink transmission only after a predetermined delay (e.g., SIFS or a longer interval) following the reception of the scheduling frame. *Id*., [0093].  This delay allows time "to decode the scheduling frame 902 and to prepare for uplink transmission based on the uplink scheduling information provided." *Id*.  Additionally, padding bits may be included at the end of the scheduling frame to provide this required preparation time. *Id*.

A POSITA would understand that this preparation encompasses multiple interrelated steps: (i) decoding the frame, (ii) extracting per-station uplink information (e.g., RU allocation, MCS, duration), (iii) configuring transmission parameters accordingly, and (iv) preparing the MAC and PHY layers for transmission.  Chu's disclosure supports each of these operations and clarifies that their completion is necessary before the client station can begin uplink transmission at time t2.  SAMSUNG-1015, [0090]-[0093]; SAMSUNG-1003, ¶165.

Each of these preparatory steps depends on the successful processing of the received scheduling frame.  Thus, the "time to prepare for uplink transmission" described in Chu is, from a technical standpoint, **equivalent** to the "time needed to process the frame."

66

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

Further, a POSITA would understand that the amount of padding is selected to accommodate the processing time of the one or more client stations indicated in the scheduling frame. SAMSUNG-1003, ¶166. For example, the duration of the padding field reflects the time required for each of the indicated client stations to complete its preparation, ensuring that all scheduled terminals are ready for uplink transmission after the predetermined interval. *Id*.

In addition, because Chu adds a padding field to provide this preparation time, a POSITA would understand that the padding duration is tied to the processing requirements of the terminal. For example, (i) if less time were needed, less padding would suffice and, (ii) if more time were needed, additional padding would be added. In both cases, the padding duration is not arbitrary, and it is calculated to ensure sufficient time for client-side processing of the scheduling frame. SAMSUNG-1003, ¶167.

Choi further reinforces this conclusion. Choi explains that "padding bits are used to match the encoded block information in octets (i.e., to a length expressed as a plurality of octets). If the length of $\Delta AID1$, $\Delta AID2$, …, $\Delta AID_m$, is less than a multiple of an octet, padding bits may be added to match the length … to the multiple of an octet." SAMSUNG-1016, [0184]. This padding is introduced to finalize the formatting of the frame so it can be correctly parsed and transmitted according to protocol constraints. SAMSUNG-1003,

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

¶168.

A POSITA would understand that this formatting process—like Chu's uplink preparation—entails terminal-side operations performed before transmission.  Thus, the padding field compensates for processing time and structure alignment, confirming that its duration is a function of terminal processing requirements. SAMSUNG-1003, ¶168.

Accordingly, both Chu and Choi, either individually or in combination, render obvious the claimed feature that "a duration of the first padding field is set based on a time needed for one or more terminals to process the frame." Chu provides padding to allow time to process and act on scheduling information, while Choi provides padding to structure encoded control data. In each case, the padding field duration is defined by the terminal's pre-transmission processing needs.  SAMSUNG-1003, ¶169.

### *[3]*

Chu teaches that a control frame—which includes the uplink scheduling frame 902—contains a frame check sequence (**FCS**) sub-field 1352-12 within a control field 1350, illustrating that Chu's frame structure implements MAC-layer error detection using a conventional FCS field.  SAMSUNG-1015, [0091], [0118], FIG. 13B.

Similarly, Choi discloses a MAC frame format that includes a MAC

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

header, a frame body, and a Frame Check Sequence (**FCS**) field appended at the end of the frame. SAMSUNG-1016, [0121], [0126], FIG. 9. Choi explains that the MAC frame is transmitted or received as part of the PSDU in the PPDU frame format, confirming that this structure adheres to established physical-layer transmission protocols. *Id.*, [0126].

This arrangement is consistent with the IEEE 802.11 standard, which defines the MAC frame structure such that the FCS field is located at the end of the frame and used to verify the integrity of the entire MAC Protocol Data Unit (MPDU), including any padding that precedes it. *See* SAMSUNG-1020, Figure 8.1, Section 8.2.4.8; SAMSUNG-1003, ¶172.

A POSITA would recognize, consistent with both the standard and Dr. Ding's statement, that padding, when present, is positioned before the FCS to ensure it is included in the cyclic redundancy check(CRC). SAMSUNG-1003, ¶¶170-173. This placement is necessary because padding after the FCS would be excluded from error detection, potentially allowing undetected transmission errors. *Id*. Choi's frame structure confirms this ordering, showing padding precedes the FCS. SAMSUNG-1016, FIG. 9.

Accordingly, combining Chu's control frame structure (with embedded FCS and optional padding for timing alignment) with Choi's MAC frame format (which includes both padding and an FCS trailer), a POSITA would

69

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

have been motivated to structure the frame such that **the padding field is contained before the FCS field**, as recited in the claim. This placement reflects standard MAC-layer design practices, ensures that the padding bits are covered by the FCS integrity check, and preserve transmission reliability in multi-user uplink scenarios. SAMSUNG-1003, ¶174.

Thus, the combination of Chu and Choi not only teaches the inclusion of both padding and FCS fields in a scheduling or trigger frame, but also supports the specific claimed arrangement—wherein the first padding field is **located before** the FCS field—based on well-established design practices known to a POSITA. SAMSUNG-1003, ¶175.



**FIG. 13B**

SAMSUNG-1015, FIG. 13B

70

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186



SAMSUNG-1016, FIG. 9

### *[4]*

As described above, Choi teaches that a ΔAID field set to a value indicating a termination state corresponds to padding bits following actual ΔAID values.  SAMSUNG-1016, [0214], FIG. 22; *see supra*, §III.B.4.[1.6], [1.7].  In particular, since the ΔAID field set to 11 marks where padding starts, it effectively indicates the start of padding.  SAMSUNG-1003, ¶¶157-163.

### *[5]*

Choi teaches that dummy ΔAID fields are inserted for encoding efficiency, with a predetermined value (e.g., 00) marking preceding dummy ΔAID fields.  SAMSUNG-1016, [0219]-[0221].  Specifically, Choi discloses

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

that a specific encoding pattern identifies certain ΔAID fields as non-actual AIDs, indicating the presence of predetermined AID field information (i.e., the dummy ΔAID field and the subsequent predetermined value). *Id.* To prevent excessive increases in ΔAID field size, Choi introduces dummy ΔAID fields to split larger ΔAID values into smaller ones. *Id.* For example, if AID #4 and AID #10 are too far apart, a dummy AID #7 can be inserted, reducing a single large ΔAID into two smaller values (e.g., ΔAID = 3 instead of 6). *Id.*, [0220]. Moreover, Choi explains that the dummy ΔAID field is marked with a predetermined value (e.g., 00) in the following field, allowing STAs to recognize and ignore it. *Id.*, [0221].

Because the dummy ΔAID field does not correspond to an actual paged STA but is artificially inserted, it constitutes "duplicated" bit information in an AID field. That is, it does not introduce new AID information but instead replicates a structural encoding pattern, thereby disclosing the feature of "wherein the predetermined AID field information is duplicated bit information in an AID field."

Furthermore, Choi discloses that padding bits duplicate the ΔAID field set to a specific value indicating a termination state. SAMSUNG-1016, FIGS. 22-23. Specifically, when the ΔAID field is set to 11, it marks the start of padding, and all subsequent padding bits are likewise set to 11, effectively

72

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

duplicating the termination-indicating value throughout the padding field. *Id.*,

FIG. 22. In another example, Choi discloses that, when the ΔAID field is set to

00, all subsequent padding bits are likewise set to 00, and describes that "[t]he

padding bit may have a value of 0." SAMSUNG-1016, [0016], FIG. 23;

SAMSUNG-1003, ¶¶176-178.

FIG. 22



SAMSUNG-1016, FIG. 22

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## FIG. 23



SAMSUNG-1016, FIG. 23

### *[6]*

As described above, Choi discloses that padding bits duplicate the ΔAID field set to a specific value indicating a termination state and marking the start of padding.  SAMSUNG-1016, FIGS. 22-23; *see supra*, §III.B.4.[5].  In particular, Choi discloses that padding bits duplicate the ΔAID field set to a specific value indicating a termination state.  SAMSUNG-1016, FIGS. 22-23.  Specifically, when the ΔAID field is set to 11, it marks the start of padding, and all subsequent padding bits are likewise set to 11, duplicating the termination-indicating value throughout the padding field.  *Id*., FIG. 22.  In another example, Choi discloses that, when the ΔAID field is set to 00, all subsequent padding bits are likewise set to 00, and describes that "[t]he padding bit may have a value of 0."  SAMSUNG-1016, [0016], FIG. 23; SAMSUNG-1003,

74

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

¶179.



SAMSUNG-1016, FIG. 22



SAMSUNG-1016, FIG. 23

### *[7]*

As described above, base claims 1 and 6 do **not** recite "the predetermined AID field information." *See supra*, §III.B.4.[5]. Choi discloses that padding

75

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

bits duplicate the ΔAID field set to a specific value indicating a termination state and marking the start of padding. SAMSUNG-1016, [0211], [0214], FIGS. 22-23. In particular, Choi specifies that one of the values 00, 01, 10, and 11 may be **preset** to indicate the termination state. *Id.*, [0211].

Specifically, when the ΔAID field is set to 11, it marks the start of padding, and all subsequent padding bits are likewise set to 11, duplicating the termination-indicating value throughout the padding field. SAMSUNG-1016, FIG. 22. In another example, Choi discloses that, when the ΔAID field is set to 00, all subsequent padding bits are likewise set to 00, and describes that "[t]he padding bit may have a value of 0." SAMSUNG-1016, [0016], FIG. 23; SAMSUNG-1003, ¶180.



SAMSUNG-1016, FIG. 22

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## FIG. 23



SAMSUNG-1016, FIG. 23

### *[8.1]*

Claim 8 depends from claim 1, and thus the "uplink transmission" recited in claim 5 refers to the same uplink transmission indicated by the trigger frame. *See* supra, §III.B.4.[1.3]. However, the '186 Patent does not describe how the terminal generates an uplink packet in response to a trigger frame that includes a padding field. The relevant portion of the specification merely explains that "a predetermined padding may be performed before a Frame Check Sequence (FCS) field of the trigger frame," which provides the STA with "additional processing time to participate in the multi-user simultaneous transmission." SAMSUNG-1001, 20:10-18. While this may imply that the terminal uses the time to prepare a response, it does not describe any specific steps for generating the corresponding uplink packet.

77

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

By contrast, Chu describes behavior from which a POSITA would understand that the terminal generates such a packet.  SAMSUNG-1003, ¶¶138-142.  In particular, Chu explains that after receiving an uplink scheduling frame from the AP, "the plurality of client stations 25 transmit respective OFDM data unit 906 that collectively form an OFDMA data unit 904."  SAMSUNG-1015, [0093], [0097], [0099], FIGS. 9A, 9B, 10A, 10B.  Chu further teaches that this uplink transmission begins after a predefined interval—e.g., SIFS or a longer delay—following receipt of the scheduling frame.  *Id.*, [0093].  This inter-frame delay is described as providing time for the client stations to "decode the scheduling frame 902 and to prepare for uplink transmission."  *Id*.

In particular, Chu describes that the scheduling frame includes information such as the "length or duration … to be used for transmission of an uplink data unit during the TXOP."  SAMSUNG-1015, [0090].  This transmission-specific information is directed to each client station and governs the content and structure of each transmitted OFDM data unit 906.  *Id.*, [0092], [0094].

In view of this, a POSITA would understand that each terminal constructs a data unit—i.e., generate an uplink packet—based on the allocation parameters conveyed in the scheduling frame.  SAMSUNG-1003, ¶¶138-144..  Because the data unit 906 complies with the assigned sub-channel and the

duration specified by the AP, it cannot be pre-generated or arbitrary. *Id.*

Rather, the packet is dynamically assembled in response to the received

instructions, with timing and structure dictated by the scheduling frame. *Id.*

Thus, Chu discloses that the uplink data unit transmitted by each STA is

prepared in real time, based on scheduling directives received just prior. A

POSITA would recognize this preparation step as encompassing the generation

of an uplink packet for transmission. SAMSUNG-1003, ¶¶138-144.

Accordingly, Chu teaches or at least renders obvious the claimed

limitation of "generat[ing] an uplink packet to perform the uplink

transmission." The act of preparing and transmitting a data unit in direct

response to the trigger frame, with its specified timing and allocation, requires

packet generation. SAMSUNG-1003, ¶¶138-144.

### *[8.2]*

As discussed above, Chu teaches that a client station 25 transmits, to the

AP, an OFDM data unit 906 after completion of reception of the scheduling

frame 902. *See supra*, §III.B.4.[1.5], §III.B.4.[8.1]; SAMSUNG-1003, ¶¶138-

144.

### *[8.3]*

Chu teaches that padding is used in uplink data units to equalize the

lengths of transmissions from multiple client stations. Specifically, Chu

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

explains that "padding is used in one or more of the OFDM data units 302 to equalize lengths of the OFDM data units 302. Accordingly, the length of each of the OFDM data units 302 correspond to the length of the OFDMA data unit 302, in this embodiment." SAMSUNG-1015, [0057].

A POSITA would recognize that these are structurally and functionally equivalent to the OFDM data units 906 shown in FIG. 9A. SAMSUNG-1003, ¶140. Both represent uplink data units transmitted by client stations under the coordination of the AP and are part of a multi-user OFDMA data unit. SAMSUNG-1015, [0054]-[0056], [0093]-[0094], FIGS. 3, 9A. Given this parallel structure and function, a POSITA would understand that Chu's padding technique for data units 302 would also apply to data units 906. SAMSUNG-1003, ¶140.

Further, Chu describes that the AP transmits an uplink scheduling frame 902 to client stations, which includes allocation details such as sub-channel assignments and "a length or duration (e.g., using the UL PPDU length field 762 of FIG. 7B) to be used for transmission of an uplink data unit during the TXOP." SAMSUNG-1015, [0090]. This scheduling information informs each station of a designated time window for its uplink transmission.

Chu then confirms that "each client station 25 transmits its OFDM data unit 906 … [and] the length or duration of each of the OFDM data units 906

80

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

corresponds to the length or duration indicated in the scheduling frame."

SAMSUNG-1015, [0094].  This means that regardless of payload size, each station

adjusts its transmission—either by trimming or padding—to meet the scheduled

transmission length.  SAMSUNG-1003, ¶¶141-143.

Accordingly, a POSITA would understand that if a station's data does not

occupy the entire duration specified in the scheduling frame, it applies padding to

its uplink data unit (906) to ensure that the transmission terminates precisely at the

designated time.  Chu's earlier discussion of equalizing data unit lengths through

padding reinforces that this adjustment mechanism is expected and necessary for

coordinating multi-user transmissions.  SAMSUNG-1015, [0057]; SAMSUNG-

1003, ¶¶138-144.

Thus, Chu teaches or at least renders obvious the claimed feature of

"wherein a padding is applied to the uplink packet to terminate the uplink

transmission at a designated time."  The padding serves not only to structurally

align data units but also to enforce timing uniformity across uplink transmissions,

ensuring that all client stations terminate their transmissions in accordance with the

AP's scheduling instructions.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186



**FIG. 3**

SAMSUNG-1015, FIG. 3



**FIG. 9A**

SAMSUNG-1015, FIG. 9A

82

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

*[9]*

Choi teaches that in the ADE (AID Differential Encoding) mode, a series of $\Delta$AID fields are used to encode the identities of paged STAs. SAMSUNG-1016, [0181]-[0184]. Each $\Delta$AID field represents a differential value from the previous AID, and the number of $\Delta$AID fields in a given partial virtual bitmap corresponds to the number of user information entries (i.e., paged STAs) being encoded. *Id.*, [0183], [0195].

Choi further explains that the structure of the bitmap is governed by two fields: (i) the Encoded Word Length (EWL) field and (ii) the Length field. SAMSUNG-1016, [0181]-[0182]. The EWL field specifies the number of bits used to represent each $\Delta$AID field, based on the maximum delta value $(\max(\Delta AID_i))$, while the Length field specifies the total size of the encoded bitmap in octets. *Id.*, [0181]-[0182], [0189]. From these two fields, a POSITA would be able to calculate the maximum number of $\Delta$AID fields, and, therefore the maximum number of paged STAs, that can be encoded within a given bitmap. SAMSUNG-1003, ¶¶181-184. For example, if EWL = 2 (i.e., each $\Delta$AID is 2 bits) and Length = 2 octets (16 bits), then up to 8 $\Delta$AID fields can be encoded. SAMSUNG-1016, [0182], [0198]-[0200].

When the number of paged STAs is less than this maximum capacity, Choi teaches inserting a specific termination value in a $\Delta$AID field to indicate

83

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

the end of the user list.  SAMSUNG-1016, [0211]-[0214], FIG. 22.  This is followed by padding bits to fill the remaining space.  *Id*.  Conversely, when the number of ΔAID fields fills the available encoded space, no termination value or padding is necessary.  *Id*., [0213], [0217].

Thus, a POSITA would understand that the use of the specific ΔAID value (e.g., 00 or 11) to indicate termination is not arbitrary but is determined by the number of user information entries relative to the maximum that can be encoded within the structure defined by the EWL and Length fields. SAMSUNG-1003, ¶184.  The system uses this specific value only when the number of paged STAs is less than the maximum permitted by the encoded bitmap.  *Id*.

Accordingly, Choi teaches the claimed feature of "wherein the AID field is set to the specific value according to the number of user information for the one or more terminal."  The presence of the specific value (e.g., a termination-indicating ΔAID) reflects that the number of scheduled terminals is below the encoding limit defined by EWL and Length.  This correlation between user count and the setting of the specific value discloses the claim limitation. SAMSUNG-1003, ¶185.

### *[10]*

As described above, Choi discloses that padding bits duplicate the ΔAID

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

field set to a specific value indicating a termination state. SAMSUNG-1016,

FIGS. 22-23; *see supra*, §III.B.4.[5]-[7]. Specifically, when the ΔAID field is

set to 11, it marks the start of padding, and all subsequent padding bits are

likewise set to 11, **repeating** the termination-indicating value throughout the

padding field. SAMSUNG-1016, FIG. 22. In another example, Choi discloses

that, when the ΔAID field is set to 00, all subsequent padding bits are likewise

set to 00. SAMSUNG-1016, [0016], FIG. 23; SAMSUNG-1003, ¶186.



SAMSUNG-1016, FIG. 22

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186



SAMSUNG-1016, FIG. 23

### *Claims 11-18*

The below claims are rendered obvious for similar reasons as discussed in the analysis for the corresponding claim listed in the table below.

| Claim | Corresponding Claim |
|-------|---------------------|
| 11Pre | 1Pre |
| 11.1 | 1.3 |
| 11.2 | 1.4 |
| 11.3 | 1.5 |
| 11.4 | 1.6 |
| 11.5 | 1.7 |
| 12 | 2 |
| 13 | 3 |

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

| Claim | Corresponding Claim |
|-------|---------------------|
| 14 | 4 |
| 15 | 5 |
| 16 | 6 |
| 17 | 7 |
| 18.1 | 8.1 |
| 18.2 | 8.2 |

## IV.  PTAB DISCRETION SHOULD NOT PRECLUDE INSTITUTION

Petitioner believes that discretionary denial is unwarranted, and yet, Petitioner intends to utilize the bifurcated briefing process contemplated by the March 26, 2025, Stewart Memorandum to rebut contentions if offered by Patent Owner to the contrary.  SAMSUNG-1017.

## V.    CONCLUSION AND FEES

The Challenged Claims are unpatentable.  Petitioner authorizes charge of fees to Deposit Account 06-1050.

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

## VI.    MANDATORY NOTICES UNDER 37 C.F.R. § 42.8(a)(1)

### A.    Real Party-In-Interest Under 37 C.F.R. § 42.8(b)(1)

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") are the real parties-in-interest.

### B.    Related Matters Under 37 C.F.R. § 42.8(b)(2)

The '186 Patent is the subject of civil action *Wilus Institute of Standards and Technology Inc., v. Samsung Electronics Co., Ltd., et al.*, 2-25-cv-00070 (EDTX) filed January 23, 2025 and *Wilus Institute of Standards and Technology Inc. v. HP Inc.*, 2-25-cv-00069 (EDTX) filed January 23, 2025.  Petitioner is not aware of any disclaimers, reexamination certificates, or IPR petitions addressing the '186 Patent.

### C.    Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3)

Petitioner provides the following designation of counsel.

| Lead Counsel | Backup counsel |
|---|---|
| W. Karl Renner, Reg. No. 41,265<br>Fish & Richardson P.C.<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>Email: IPR39843-0204IP1@fr.com | Jeremy J. Monaldo, Reg. No. 58,680<br>Jong Wan Suh, Reg. No. 79,350<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>PTABInbound@fr.com |

### D.    Service Information

Please address all correspondence and service to the address listed above.

Petitioner consents to electronic service by email at IPR39843-0204IP1@fr.com (referencing No. 39843-0204IP1 and cc'ing PTABInbound@fr.com).

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

Respectfully submitted,


Dated June 9, 2025                /Jeremy J. Monaldo/
                                  W. Karl Renner, Reg. No. 41,265
                                  Jeremy J. Monaldo, Reg. No. 58,680
                                  Jong Wan Suh, Reg. No. 79,350
                                  Fish & Richardson P.C.
                                  60 South Sixth Street, Suite 3200
                                  Minneapolis, MN 55402
                                  T: 202-783-5070
                                  F: 877-769-7945


(Control No. IPR2025-01111)       Attorneys for Petitioner

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

# CERTIFICATION UNDER 37 CFR § 42.24

Under the provisions of 37 CFR § 42.24(d), the undersigned hereby certifies that the word count for the foregoing Petition for Inter Partes Review totals 13,825 words, which is less than the 14,000 allowed under 37 CFR § 42.24.


Dated June 9, 2025                    /Jeremy J. Monaldo/
                                      W. Karl Renner, Reg. No. 41,265
                                      Jeremy J. Monaldo, Reg. No. 58,680
                                      Jong Wan Suh, Reg. No. 79,350
                                      Fish & Richardson P.C.
                                      60 South Sixth Street, Suite 3200
                                      Minneapolis, MN 55402
                                      T: 202-783-5070
                                      F: 877-769-7945

                                      Attorneys for Petitioner

Attorney Docket No. 39843-0204IP1
IPR of U.S. Patent No. 10,911,186

**CERTIFICATE OF SERVICE**

Pursuant to 37 CFR §§ 42.6(e)(4)(i) et seq. and 42.105(b), the undersigned

certifies that on June 9, 2025, a complete and entire copy of this Petition for Inter

Partes Review and all supporting exhibits were provided by Express Mail, to the

Patent Owner, by serving the correspondence address of record as follows:

KED & ASSOCIATES, LLP

P.O. Box 8638

Reston, VA 20195

/Diana Bradley/

Diana Bradley
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
bradley@fr.com