# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendants*. | Civil Action No. 2:25-cv-00069-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be **GRANTED**. All claims of Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. are **DISMISSED WITH PREJUDICE**. All counterclaims of Defendant and Counterclaim Plaintiff HP Inc. are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.