# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00069-JRG (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:25-CV-00070-JRG (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss With Prejudice (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc. ("Plaintiff"), Counter-Defendant Sisvel International, S.A. ("Sisvel") and Defendant HP Inc. ("HP"). (Dkt. No. 74.) In the Motion, Wilus, Sisvel, and HP jointly move for dismissal **with** prejudice of Wilus' claims against HP and HP's counterclaims against Wilus and Sisvel in the above-captioned lead case (No. 2:25-cv-00069). (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims by Wilus against HP and by HP against Wilus and Sisvel are **DISMISSED WITH PREJUDICE** in Lead Case No. 2:25-cv-00069. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in Lead Case No. 2:25-cv-00069 between Wilus, Sisvel, and HP not explicitly granted herein are **DENIED AS MOOT**. The Clerk of the Court is directed to **MAINTAIN AS OPEN** Lead Case No. 2:25-cv-00069 because parties and claims remain in Member Case No. 2:25-cv-00070.

**So Ordered this**

**Nov 17, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE