IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00069-JRG <br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00070-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Joint Claim Construction and Prehearing Statement (the "Statement") filed by Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America ("Defendants") (together, the "Parties"). (Dkt. No. 76.) In the Statement, the Parties inform the Court that "none of the claim terms at issue in the above-captioned case… require construction. Accordingly, the Parties agree that claim construction proceedings are not necessary in the case." (*Id*. at 1.)

In light of the Statement, the Court **ACCEPTS AND ACKNOLWEDGES** that no claim construction is necessary in the above-captioned case, and the *Markman* hearing scheduled for February 26, 2026 is **canceled**. The Court notes that it considers the Statement by the Parties to be a fixed and final determination of all claim construction issues in the above-captioned case, and the Parties make such knowing the Court will not entertain any late-breaking claim construction issues which the Parties might try to raise later.

**So ORDERED and SIGNED this 16th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE