UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP, INC., <br><br> *Defendants.* | Case No. 2:25-cv-0069-JRG <br><br> JURY TRIAL DEMANDED <br><br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | Case No. 2:25-cv-00070-JRG <br><br> JURY TRIAL DEMANDED <br><br> (MEMBER CASE) |

**UNOPPOSED MOTION FOR ENTRY OF
SUPPLEMENTAL INTEL PROTECTIVE ORDER**

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully moves unopposed for entry of the attached Supplemental Intel Protective Order to accommodate the request of non-party Intel Corporation ("Intel"). Intel has indicated that entry of the Supplemental Intel Protective Order is necessary "[b]efore Intel will produce any confidential source code."

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") do not oppose this motion.

| | |
|---|---|
| Dated: January 8, 2026 | Respectfully submitted,<br><br>*/s/ Marc A. Fenster*<br><br>Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Jacob Buczko<br>CA State Bar No. 269408<br>Email: jbuczko@raklaw.com<br>Jonathan Ma<br>CA State Bar No. 312773<br>Email: jma@raklaw.com<br>Mackenzie Paladino<br>NY State Bar No. 6039366<br>Email:  mpaladino@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br><br>Of Counsel:<br>Andrea L. Fair<br>State Bar No. 24078488<br>MILLER FAIR HENRY, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>E-mail: andrea@millerfairhenry.com<br><br>**ATTORNEYS FOR PLAINTIFF,**<br>**Wilus Institute of Standards and**<br>**Technology Inc.** |

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 8th day of January, 2026.

/s/ Neil A. Rubin

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Wilus has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ Neil A. Rubin