# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>HP, INC.,<br><br>*Defendants.* | Case No. 2:25-cv-0069-JRG<br><br>JURY TRIAL DEMANDED<br><br>(LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants.* | Case No. 2:25-cv-00070-JRG<br><br>JURY TRIAL DEMANDED<br><br>(MEMBER CASE) |

## UNOPPOSED MOTION FOR ENTRY OF
## SUPPLEMENTAL BROADCOM INCORPORATED PROTECTIVE ORDER

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully moves unopposed for entry of the attached Supplemental Broadcom Incorporated Protective Order to accommodate the request of non-party Broadcom Incorporated ("Broadcom"). Broadcom has indicated that entry of the Supplemental Broadcom Protective Order is necessary "[b]efore Broadcom will produce any confidential source code."

Defendants Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc., (collectively, "Defendants") do not oppose this motion.

| | |
|---|---|
| Dated: January 19, 2026 | Respectfully submitted,<br><br>/s/ Neil A. Rubin<br><br>Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Jacob Buczko<br>CA State Bar No. 269408<br>Email: jbuczko@raklaw.com<br>Jonathan Ma<br>CA State Bar No. 312773<br>Email: jma@raklaw.com<br>Mackenzie Paladino<br>NY State Bar No. 6039366<br>Email:  mpaladino@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br><br>Of Counsel:<br>Andrea L. Fair<br>State Bar No. 24078488<br>MILLER FAIR HENRY, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>E-mail: andrea@millerfairhenry.com<br><br>**ATTORNEYS FOR PLAINTIFF,**<br>**Wilus Institute of Standards and**<br>**Technology Inc.** |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 19th day of January, 2026.

*/s/ Neil A. Rubin*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Wilus has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Neil A. Rubin*