IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:25-cv-00069-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:25-cv-00070-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF NON-OPPOSITION AND RIPENESS REGARDING SAMSUNG'S MOTION TO STAY PENDING <u>*INTER PARTES* REVIEWS (DKT. NO. 72)</u>**

Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Samsung") respectfully file this Notice of Non-Opposition and Ripeness Regarding Samsung's Motion to Stay Pending *Inter Partes* Reviews (Dkt. No. 72, "Motion to Stay").

Samsung filed its Motion to Stay (Dkt. No. 72) on October 28, 2025. Plaintiff Wilus Institute of Standards and Technology, Inc.'s ("Plaintiff") deadline to file its response was Wednesday, November 12, 2025. Local Rule CV-7(e). Plaintiff has not filed a response. Accordingly, Samsung's Motion to Stay is unopposed and ripe for ruling. Local Rule CV-7(d)

1

("A party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion.").

Additionally, Samsung notified the Court on January 7, 2026 (Dkt. No. 80) and January 14, 2026 (Dkt. No. 88) of PTAB institution decisions. As Samsung most recently updated the Court, the PTAB has instituted *inter partes* review of all claims asserted against Samsung in the above-captioned case:

| Patent No. | Institution Status |
| --- | --- |
| 10,911,186 ("'186 patent") | Instituted on December 19, 2025 |
| 11,761,171 ("'171 patent") | Instituted on December 19, 2025 |
| 11,664,926 ("'926 Patent") | Instituted on January 9, 2026 |
| 12,004,262 ("'262 patent") | Instituted on January 9, 2026 |

Dkt. No. 88 at 2.

Dated:  January 28, 2026                                  Respectfully submitted,

*/s/ Ralph A. Phillips*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Brendan F. McLaughlin
DC Bar No: 1671658
BMcLaughlin@fr.com
Payal Patel
DC Bar No. 90019320

2

ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070
Facsimile: 214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257
Email: melissa@gillamsmithlaw.com

Jon B. Hyland
jhyland@hilgerslaw.com
HILGERS PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 28, 2026. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                 */s/ Ralph A. Phillips*
                                                 Ralph A. Phillips