UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>HP INC.,<br><br>*Defendant.* | Case No. 2:25-cv-00069-JRG-RSP<br>[Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendant.* | Case No. 2:25-cv-00070-JRG-RSP<br>[Member Case] |

**NOTICE IN RESPONSE TO SAMSUNG'S NOTICE
OF NON-OPPOSITION AND RIPENESS**

Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") respectfully files this notice in response to Samsung's "Notice of Non-Opposition and Ripeness Regarding Samsung's Motion to Stay Pending *Inter Partes* Reviews," Dkt. No. 91, and to provide the Court notice as to two points. First, to the extent that Samsung characterizes its motion as "unopposed," that is incorrect. Wilus remains opposed to entry of a stay in this matter. Second, Wilus believes that the Court would benefit from limited additional briefing to address the current state of this case and

1

of the IPRs. Wilus is currently engaged in the process of meeting and conferring with Samsung concerning a motion for leave for such additional briefing.

Dated: January 29, 2026    /s/ Neil A. Rubin
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Dale Chang
CA State Bar No. 248657
Neil A. Rubin
CA State Bar No. 250761
Adam Hoffman
CA State Bar No. 218740
Jacob Buczko
CA State Bar No. 269408
Jonathan Ma
CA State Bar No. 312773
Mackenzie R. Paladino
NY State Bar No. 6039366
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: dchang@raklaw.com
Email: nrubin@raklaw.com
Email: ahoffman@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mpaladino@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas  75604
Telephone: 903-757-6400
Email: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
WILUS INSTITUTE OF STANDARDS AND
TECHNOLOGY INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 29, 2026. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                      /s/ Neil A. Rubin