AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| WILUS INSTITUTE OF STANDARDS AND TECHN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00069-JRG |
| HP INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,                                                    .

Date:    02/06/2026                                                /s/ Benjamin T. Wang
                                                                    *Attorney's signature*

                                                    Benjamin T. Wang (SBN 228712)
                                                    *Printed name and bar number*

                                                    RUSS AUGUST & KABAT
                                                    12424 Wilshire Blvd. 12th Floor
                                                    Los Angeles, CA 90025
                                                    Phone: (310) 826-7474
                                                    *Address*

                                                    bwang@raklaw.com
                                                    *E-mail address*

                                                    (310) 826-7474
                                                    *Telephone number*

                                                    (310) 826-6991
                                                    *FAX number*

[Print]  [Save As...]                                               [Reset]