**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**



| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00069-JRG (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00070-JRG (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § § | |

**ORDER**

Before the Court is the Motion to Withdraw as Counsel (the "Motion") filed by Defendants

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively,

"Defendants"). (Dkt. No. 95.) In the Motion, Defendants request that Brendan F. McLaughlin of

Fish & Richardson P.C. be permitted to withdraw as counsel of record for Defendants. (*Id.* at 1.)

Defendants represent that they "will continue to be represented by Fish & Richardson P.C." (*Id.*)

The Motion is unopposed. (*Id*. at 2.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Mr. McLaughlin be permitted to **withdraw** as counsel of record

for Defendants in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate**

Mr. McLaughlin as counsel of record and all electronic notifications to the same.

   **So ORDERED and SIGNED this 1st day of May, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2