**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:25-cv-00069-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC. | Case No. 2:25-cv-00070-JRG-RSP<br>(Member Case) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. ("Wilus"), and Defendants and Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), jointly move for dismissal with prejudice of Wilus's claims against Samsung and Samsung's counterclaims against Wilus. For the avoidance of doubt, the Parties move only for the dismissal of the claims relating to the above-captioned member case. The Parties further move this Court to order that all costs and expenses relating to this litigation up to the time of dismissal shall be borne by the party incurring the same.

Dated: July 14, 2026

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
rmirzaie@raklaw.com

1

Marc Fenster
CA State Bar No. 181067
mafenster@raklaw.com
Dale Chang
CA State Bar No. 248657
dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
jma@raklaw.com
Adam S. Hoffman
CA State Bar No. 218740
ahoffman@raklaw.com
Benjamin T. Wang
CA State Bar No. 228712
bwang@raklaw.com
Joshua Scheufler
TX State Bar No. 24123406
jscheufler@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
310-826-7474

Matthew D. Aichele
maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Main Avenue, SW, Suite 200
Washington, DC 20024
202-664-0623

Andrea Leigh Fair
TX State Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400

**ATTORNEYS FOR PLAINTIFF,**

2

**WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.**

/s/ Ralph A. Phillips
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
**Fish & Richardson P.C.**
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**Fish & Richardson P.C.**
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Thomas H. Reger II
TX Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com

3

**Fish & Richardson P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**Fish & Richardson P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Jon B. Hyland
TX Bar No. 24046131
jhyland@krcl.com
**Kane Russell Coleman Logan**
901 Main Street, Suite 5200
Dallas, TX 75202
Telephone: (214) 777-4224

Melissa R. Smith
TX Bar No. 24001351
melissa@gillamsmithlaw.com
**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD.
AND SAMSUNG ELECTRONICS
AMERICA, INC.**

4

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendants, and this is a joint motion.

/s/ Reza Mirzaie

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on July 14, 2026.

/s/ Reza Mirzaie