**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:25-cv-00069-JRG-RSP (Lead Case) <br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:25-cv-00070-JRG-RSP (Member Case) |

**ORDER**

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice ("Motion").

Having reviewed the Motion, the Court is of the opinion that it should be GRANTED.  All

claims of Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology,

Inc. against Defendants and Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung

Electronics America, Inc. in the above-captioned member case are DISMISSED WITH

PREJUDICE.  All counterclaims of Defendants and Counterclaim Plaintiffs Samsung

Electronics Co., Ltd. and Samsung Electronics America, Inc. in the above-captioned member

case are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

1