**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**



| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00069-JRG |
| | § | (LEAD CASE) |
| HP INC., | § § | |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00070-JRG |
| | § | (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § § | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Dismiss With Prejudice (the "Motion") filed by Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. ("Wilus") and Defendants and Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (together, the "Parties"). (Dkt. No. 97.) In the Motion, the Parties move to dismiss Wilus's claims against Samsung and Samsung's claims against Wilus with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Motion, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and counterclaims in Member Case No. 2:25-cv-00070-JRG are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between Wilus and Samsung not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims now remain.

So ORDERED and SIGNED this 15th day of July, 2026.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE